| United States Bankruptcy Court<br>**Middle District of Georgia** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pike, Gary Michael Sr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Pike, Rhonda Lynn** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**FKA Rhonda Lynn Cecil** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1995** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7801** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2001 Gussies Knoll**<br>**Greensboro, GA**   ZIP Code **30642** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2001 Gussies Knoll**<br>**Greensboro, GA**   ZIP Code **30642** |
| County of Residence or of the Principal Place of Business:<br>**Greene** | County of Residence or of the Principal Place of Business:<br>**Greene** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Pike, Gary Michael Sr.**<br>**Pike, Rhonda Lynn** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)      (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| | **Pike, Gary Michael Sr.** |
| *(This page must be completed and filed in every case)* | **Pike, Rhonda Lynn** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gary Michael Pike, Sr.**
Signature of Debtor **Gary Michael Pike, Sr.**

X **/s/ Rhonda Lynn Pike**
Signature of Joint Debtor **Rhonda Lynn Pike**

Telephone Number (If not represented by attorney)

**April 5, 2011**
Date

**Signature of Attorney\***

X **/s/ Staci L. Close**
Signature of Attorney for Debtor(s)

**Staci L. Close 129340**
Printed Name of Attorney for Debtor(s)

**Jones & Walden, LLC**
Firm Name

**21 Eighth Street, NE**
**Atlanta, GA 30309**

Address

**Email: ljones@joneswalden.com**
**404-564-9300  Fax: 404-564-9301**
Telephone Number

**April 5, 2011**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Georgia

In re    **Gary Michael Pike, Sr.**
        **Rhonda Lynn Pike**

                                  Debtor(s)

Case No. _____

Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Gary Michael Pike, Sr.**

**Gary Michael Pike, Sr.**

Date: **April 5, 2011**

# United States Bankruptcy Court
## Middle District of Georgia

In re     **Gary Michael Pike, Sr.**
         **Rhonda Lynn Pike**

Debtor(s)          Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

     ☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

     ☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

     ☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

     **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Rhonda Lynn Pike

                              Rhonda Lynn Pike

Date:    **April 5, 2011**

# United States Bankruptcy Court
## Middle District of Georgia

In re    **Gary Michael Pike, Sr.,**
        **Rhonda Lynn Pike**

Case No. _____

_____,

Debtors       Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,100,000.00 | | |
| B - Personal Property | Yes | 4 | 19,512.57 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,785,397.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 181,057.87 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 78 | | 10,757,324.65 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 21 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,520.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,530.91 |
| Total Number of Sheets of ALL Schedules | | 116 | | | |
| Total Assets | | | 1,119,512.57 | | |
| Total Liabilities | | | | 12,723,779.52 | |

# United States Bankruptcy Court
## Middle District of Georgia

In re   **Gary Michael Pike, Sr.,**
           **Rhonda Lynn Pike**

Case No. _____

Debtors   ,   Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Gary Michael Pike, Sr.,**                                      Case No. _____

            **Rhonda Lynn Pike**

                                      Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2001 Gussies Knoll, Greensboro GA 30642** | **Primary Residence** | **W** | **400,000.00** | **378,324.00** |
| **Lot 15 Mag's Path**<br>**Eatonton, GA 31024** | **Investment property** | **J** | **400,000.00** | **799,072.00** |
| **116 South Bay Dr. #802**<br>**Eatonton, GA 31024** | **Investment property** | **J** | **300,000.00** | **608,001.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,100,000.00** | (Total of this page) |
| Total > | **1,100,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

.

In re    **Gary Michael Pike, Sr.,**
          **Rhonda Lynn Pike**

Case No. _____

_____,
                            Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | | **Cash on Hand** | J | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank South - Checking** | J | 1,171.57 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Furnishings** | J | 2,500.00 |
| | | **Furniture from Highlands cabin home** | J | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Pictures** | J | 280.00 |
| 6. Wearing apparel. | | **Clothing** | J | 500.00 |
| 7. Furs and jewelry. | | **wedding bands, two watches, peridot earrings** | J | 225.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **sewing machine** | W | 85.00 |
| | | **Shotgun** | H | 75.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **ING/RealiaStar Term Life Insurance Policy (no cash value)** | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                           Sub-Total >      **6,036.57**
                                        (Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

In re   **Gary Michael Pike, Sr.,**                Case No. _____
          **Rhonda Lynn Pike**

                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Decatur First Bank Group - 1300 shares of stock not publicly traded, entity experiencing financial troubles | J | 1.00 |
| | | GLP Enterprises, LLC (only asset is real estate that has mortgage liens against it); Debtors jointly own 99% and third party owns 1% | J | Unknown |
| | | Gary Pike's Lake Oconee Garden Center, Inc. (80% Gary, 20% Lynn) (Bank seized business operations in February 2011) | J | Unknown |
| | | GARY PIKE'S OCONEE GARDEN CENTER, LLC (80% Gary, 20% Lynn) | J | Unknown |
| | | Premier Investments & Consulting, Inc. (80% Gary, 20% Lynn) (Bank seized business operations in October 2010) | J | Unknown |
| | | Cabbage Rose, LLC (incorporated by never active in operation) | W | Unknown |
| | | 3DM - 55,602 shares of stock not publicly traded, entity considered defunct | H | Unknown |
| | | American Plastics -3750 shares of stock not publicly traded, entity considered defunct | H | Unknown |
| | | CEPA Technologies - 26,408 shares of stock not publicly traded, entity considered defunct | H | Unknown |
| | | FutureCom Global Inc - 30,860 shares of stock not publicly traded, entity considered defunct | H | Unknown |
| | | LongBorough Capital - 59,769 shares of stock not publicly traded, entity considered defunct | H | Unknown |

                                               Sub-Total >      **1.00**
                                          (Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **Gary Michael Pike, Sr.,**                  Case No. _____
          **Rhonda Lynn Pike**

                                 Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| | | **M.E.S. International Inc. - 417 shares of stock not publicly traded, entity considered defunct** | **H** | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Federal Tax Refund** | **J** | **1,000.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

                                                  Sub-Total >        **1,000.00**
                                               (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **Gary Michael Pike, Sr.,**
        **Rhonda Lynn Pike**

Case No. _____

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Mercedes ML 500 | W | 5,825.00 |
| | | 2008 Chevy Cobalt (previously wrecked) | H | 5,425.00 |
| | | 1995 Buick Regal | H | 1,200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | General Office Supplies | J | 25.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Golf Membership with Reynolds Plantation (no cash value) | W | 0.00 |

|  | Sub-Total > | 12,475.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 19,512.57 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    **Gary Michael Pike, Sr.,**              Case No. _____

         **Rhonda Lynn Pike**

Debtors ,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds

(Check one box)                                         $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*

☐ 11 U.S.C. §522(b)(2)                                        *with respect to cases commenced on or after the date of adjustment.)*

■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **2001 Gussies Knoll, Greensboro GA 30642** | Ga. Code Ann. § 44-13-100(a)(1) | 10,000.00 | 400,000.00 |
| **Cash on Hand** | | | |
| **Cash on Hand** | Ga. Code Ann. § 44-13-100(a)(6) | 200.00 | 200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank South - Checking** | Ga. Code Ann. § 44-13-100(a)(6) | 1,171.57 | 1,171.57 |
| **Household Goods and Furnishings** | | | |
| **Household Furnishings** | Ga. Code Ann. § 44-13-100(a)(4) | 2,500.00 | 2,500.00 |
| **Furniture from Highlands cabin home** | Ga. Code Ann. § 44-13-100(a)(4) | 1,000.00 | 1,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Pictures** | Ga. Code Ann. § 44-13-100(a)(4) | 280.00 | 280.00 |
| **Wearing Apparel** | | | |
| **Clothing** | Ga. Code Ann. § 44-13-100(a)(4) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| **wedding bands, two watches, peridot earrings** | Ga. Code Ann. § 44-13-100(a)(5) | 225.00 | 225.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **sewing machine** | Ga. Code Ann. § 44-13-100(a)(4) | 85.00 | 85.00 |
| **Shotgun** | Ga. Code Ann. § 44-13-100(a)(6) | 75.00 | 75.00 |
| **Stock and Interests in Businesses** | | | |
| **Decatur First Bank Group - 1300 shares of stock not publicly traded, entity experiencing financial troubles** | Ga. Code Ann. § 44-13-100(a)(6) | 100% | 1.00 |
| **GLP Enterprises, LLC (only asset is real estate that has mortgage liens against it); Debtors jointly own 99% and third party owns 1%** | Ga. Code Ann. § 44-13-100(a)(6) | 100% | Unknown |
| **Gary Pike's Lake Oconee Garden Center, Inc. (80% Gary, 20% Lynn) (Bank seized business operations in February 2011)** | Ga. Code Ann. § 44-13-100(a)(6) | 100% | Unknown |
| **GARY PIKE'S OCONEE GARDEN CENTER, LLC (80% Gary, 20% Lynn)** | Ga. Code Ann. § 44-13-100(a)(6) | 100% | Unknown |
| **Premier Investments & Consulting, Inc. (80% Gary, 20% Lynn) (Bank seized business operations in October 2010)** | Ga. Code Ann. § 44-13-100(a)(6) | 100% | Unknown |
| **Cabbage Rose, LLC (incorporated by never active in operation)** | Ga. Code Ann. § 44-13-100(a)(6) | 100% | Unknown |

     <u>1</u>    continuation sheets attached to Schedule of Property Claimed as Exempt

In re    **Gary Michael Pike, Sr.,**
       **Rhonda Lynn Pike**

Case No. _____

                     ,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 3DM - 55,602 shares of stock not publicly traded, entity considered defunct | Ga. Code Ann. § 44-13-100(a)(6) | 100% | Unknown |
| American Plastics -3750 shares of stock not publicly traded, entity considered defunct | Ga. Code Ann. § 44-13-100(a)(6) | 100% | Unknown |
| CEPA Technologies - 26,408 shares of stock not publicly traded, entity considered defunct | Ga. Code Ann. § 44-13-100(a)(6) | 100% | Unknown |
| FutureCom Global Inc - 30,860 shares of stock not publicly traded, entity considered defunct | Ga. Code Ann. § 44-13-100(a)(6) | 100% | Unknown |
| LongBorough Capital - 59,769 shares of stock not publicly traded, entity considered defunct | Ga. Code Ann. § 44-13-100(a)(6) | 100% | Unknown |
| M.E.S. International Inc. - 417 shares of stock not publicly traded, entity considered defunct | Ga. Code Ann. § 44-13-100(a)(6) | 100% | Unknown |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Federal Tax Refund | Ga. Code Ann. § 44-13-100(a)(6) | 1,000.00 | 1,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2002 Mercedes ML 500 | Ga. Code Ann. § 44-13-100(a)(3)<br>Ga. Code Ann. § 44-13-100(a)(6) | 3,500.00<br>2,325.00 | 5,825.00 |
| 2008 Chevy Cobalt (previously wrecked) | Ga. Code Ann. § 44-13-100(a)(3)<br>Ga. Code Ann. § 44-13-100(a)(6) | 3,500.00<br>1,925.00 | 5,425.00 |
| 1995 Buick Regal | Ga. Code Ann. § 44-13-100(a)(6) | 1,200.00 | 1,200.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| General Office Supplies | Ga. Code Ann. § 44-13-100(a)(6) | 25.00 | 25.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Golf Membership with Reynolds Plantation (no cash value) | Ga. Code Ann. § 44-13-100(a)(6) | 100% | 0.00 |
| | Total: | 29,512.57 | 419,512.57 |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt

In re   **Gary Michael Pike, Sr.,**                                Case No. _____

           **Rhonda Lynn Pike**

_____,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any creditor other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0687**<br><br>**McIntosh State Bank**<br>**208 East Greene St**<br>**Monticello, GA 31064** | | J | Mortgage<br><br>Lot 15 Mag's Path<br>Eatonton, GA 31024<br><br>Value $     **400,000.00** | | | | **799,072.00** | **399,072.00** |
| Account No. **xxxxxx0925**<br><br>**McIntosh State Bank**<br>**208 East Greene St**<br>**Monticello, GA 31064** | | J | Mortgage<br><br>116 South Bay Dr. #802<br>Eatonton, GA 31024<br><br>Value $     **300,000.00** | | | | **608,001.00** | **308,001.00** |
| Account No.<br><br>**McIntosh State Bank**<br>**208 East Greene St**<br>**Monticello, GA 31064** | | J | Collateral for loan<br><br>2001 Gussies Knoll, Greensboro GA 30642<br><br>Value $     **400,000.00** | | | | **50,000.00** | **0.00** |
| Account No. **xxxxxx5282**<br><br>**Wells Fargo Home Mortgage**<br>**P.O. Box 660278**<br>**Dallas, TX 75266-0278** | | W | Mortgage<br><br>2001 Gussies Knoll, Greensboro GA 30642<br><br>Value $     **400,000.00** | | | | **328,324.00** | **0.00** |

**0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **1,785,397.00** | **707,073.00** |
| Total<br>(Report on Summary of Schedules) | **1,785,397.00** | **707,073.00** |

.

In re  **Gary Michael Pike, Sr.,**                                         Case No. _____
       **Rhonda Lynn Pike**
_____ ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____3_____ continuation sheets attached

In re    **Gary Michael Pike, Sr.,**                 Case No. _____
           **Rhonda Lynn Pike**
_____,
                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx xx. x9502**<br><br>**City of Marietta Tax Office**<br>**P.O. Box 609**<br>**Marietta, GA 30061** | X | J | Inventory Tax | | | | 12,293.21 | 0.00 | 12,293.21 |
| Account No. **xxxxx0008**<br><br>**Cobb County Tax Commissioner**<br>**736 Whitlock Ave Ste 100**<br>**Marietta, GA 30060** | X | J | Inventory Tax | | | | 4,258.21 | 0.00 | 4,258.21 |
| Account No. **xxx xx xxxxxxx xxxxxxx xx2741**<br><br>**Forsyth County Tax Comm**<br>**1092 Tribble Gap Rd**<br>**Cumming, GA 30040** | X | J | Inventory Tax | | | | 6,098.73 | 0.00 | 6,098.73 |
| Account No. **xxxxxxx4335**<br><br>**Georgia Department of Revenue**<br>**Compliance Division**<br>**1800 Century Blvd, Ste 16102**<br>**Atlanta, GA 30345-3205** | | J | Sales Tax | | | | 2,500.00 | 2,500.00 | 0.00 |
| Account No. **xxx-xx6279**<br><br>**Georgia Department of Revenue**<br>**Compliance Division**<br>**1800 Century Blvd, Ste 16102**<br>**Atlanta, GA 30345-3205** | X | J | Sales & Use Taxes | | | | 77,967.43 | 0.00 | 77,967.43 |

Sheet <u> 1 </u> of <u> 3 </u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal      **2,500.00**

(Total of this page)      **103,117.58**      **100,617.58**

In re    **Gary Michael Pike, Sr.,**                            Case No. _____
           **Rhonda Lynn Pike**

                                      Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx1744**<br><br>**Georgia Department of Revenue Compliance Division 1800 Century Blvd, Ste 16102 Atlanta, GA 30345-3205** | X | J | Sales & Use Taxes | | | | 15,776.59 | 0.00 | 15,776.59 |
| Account No. **xxx-xx4200**<br><br>**Georgia Department of Revenue Compliance Division 1800 Century Blvd, Ste 16102 Atlanta, GA 30345-3205** | X | J | Sales & Use Taxes | | | | 1,041.81 | 0.00 | 1,041.81 |
| Account No. **xxx-xx7861**<br><br>**Georgia Department of Revenue Compliance Division 1800 Century Blvd, Ste 16102 Atlanta, GA 30345-3205** | X | J | Sales & Use Taxes | | | | 2,302.41 | 0.00 | 2,302.41 |
| Account No.<br><br>**Greene County Tax Commissioner 1034 Silver Drive #101 Greensboro, GA 30642** | | J | Business Debt - Gary's Garden Center | | | | 20,037.81 | 20,037.81 | 0.00 |
| Account No. **xxxxxx xx xxx1236**<br><br>**Gwinnett Co. Tax Commissioner PO Box 372 Lawrenceville, GA 30046** | X | J | Inventory Tax | | | X | 18,093.67 | 0.00 | 18,093.67 |

Sheet  **2**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 20,037.81 |
| (Total of this page) | 57,252.29 | 37,214.48 |

In re **Gary Michael Pike, Sr.,**
     **Rhonda Lynn Pike**
                        Debtors

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-0920**<br>**Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | J | 2008 Withholding taxes | | | | 13,588.00 | 13,588.00 | 0.00 |
| Account No. **xx7488**<br>**Putnam County Tax Commissioner**<br>100 S Jefferson Ave #207<br>Eatonton, GA 31024 | | J | Lot 15, Chapel Springs - 2010 | | | | 4,445.00 | 0.00 | 4,445.00 |
| Account No. **xx7489**<br>**Putnam County Tax Commissioner**<br>100 S Jefferson Ave #207<br>Eatonton, GA 31024 | | J | Condo - South Bay - 2010 | | | | 2,655.00 | 0.00 | 2,655.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 20,688.00 | 13,588.00 / 7,100.00 |
| Total (Report on Summary of Schedules) | 181,057.87 | 36,125.81 / 144,932.06 |

In re      **Gary Michael Pike, Sr.,**                                    Case No. _____
           **Rhonda Lynn Pike**
_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**3 AM Growers**<br>**P.O. Box 780476**<br>**Tallassee, AL 36078** | X | | J | | **Business Debt - Personal Guaranty** | | | | 12,955.00 |
| Account No.<br><br>**3 Rivers Nursery**<br>**468 SW Evergreen Court**<br>**Fort White, FL 32038** | X | | J | | **Business Debt - Personal Guaranty** | | | | 5,574.66 |
| Account No.<br><br>**4 R's Transportation LLC**<br>**200 Countryline Court #2**<br>**Winter Garden, FL 34787** | X | | J | | **Business Debt - Personal Guaranty** | | | | 282.84 |
| Account No.<br><br>**A&N Sod Supply Inc**<br>**P.O. Box 6186**<br>**Marietta, GA 30064-0186** | X | | J | | **Business Debt - Personal Guaranty** | | | | 9,851.50 |

__77__  continuation sheets attached

|  | Subtotal<br>(Total of this page) | 28,664.00 |
|---|---|---|

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    S/N:35745-110218    Best Case Bankruptcy

In re   **Gary Michael Pike, Sr.,**
           **Rhonda Lynn Pike**
                                                   ,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ackerman Security Systems** <br> **7585-C Pince de Leon Circle** <br> **Atlanta, GA 30340** | X | J | Business Debt - Personal Guaranty | | | | Unknown |
| Account No. <br><br> **Advanced Disposal Services** <br> **131 Britt Waters Rd** <br> **Milledgeville, GA 31061** | X | J | Business Debt - Personal Guaranty | | | | 1,611.81 |
| Account No. <br><br> **AFC Communications** <br> **5910 Shiloh Rd E Ste 117** <br> **Alpharetta, GA 30005** | X | J | Business Debt - Personal Guaranty | | | | Unknown |
| Account No. xxxx-xxxx-xxxx-3877 <br><br> **Air Tran** <br> **Business Card Services** <br> **P.O. Box 23066** <br> **Columbus, GA 31902-3066** | X | W | Credit Card | | | | 7,191.00 |
| Account No. <br><br> **AJ & Greg Trucking** <br> **310 Fiveash Road** <br> **Lyons, GA 30436** | X | J | Business Debt - Personal Guaranty | | | | 300.00 |

Sheet no. __1__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 9,102.81 |
|---|

In re   **Gary Michael Pike, Sr.,**               Case No. _____
          **Rhonda Lynn Pike**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Alcovy Sign Professionals Inc**<br>**222 W Spring St**<br>**Monroe, GA 30655** | X | J | **Business Debt - Personal Guaranty** | | | | 642.00 |
| Account No. **xxxx-xxxxxx-x1006**<br><br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | | J | **Credit Card** | | | | 13,197.00 |
| Account No. **xxxx-xxxxxx-x6001**<br><br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | X | J | **Credit Card** | | | | 150,973.00 |
| Account No. **xxxx-xxxxxx-x4002**<br><br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | X | H | **Credit Card** | | | | 4,058.00 |
| Account No. <br><br>**American Farms**<br>**P.O. Box 850001**<br>**Orlando, FL 32885-0363** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 4,784.47 |

Sheet no. \_\_**2**\_\_ of \_\_**77**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **173,654.47**

In re **Gary Michael Pike, Sr.,**
　　　　**Rhonda Lynn Pike**

Case No. _____

_____,
　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Personal Guaranty - Gary's Garden Center | | | | |
| **American Farms P.O. Box 850001 Orlando, FL 32885-0363** | X | J | | | | | 60,698.70 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| **Ames True Temper Inc P.O. Box 8491 Philadelphia, PA 19178-8491** | X | J | | | | | 3,070.71 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| **Apparel Manufacturing Co Inc 5405 Webb Parkway Lilburn, GA 30047** | X | J | | | | | 548.43 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Garden Center | | | | |
| **Archipelago 1834 East 22nd St Los Angeles, CA 90058** | X | J | | | | | 42.30 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| **AT&T P.O. Box 105262 Atlanta, GA 30348-5262** | X | J | | | | | 901.99 |

Sheet no. __3___ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,262.13

B6F (Official Form 6F) (12/07) - Cont.

In re **Gary Michael Pike, Sr.,**
    **Rhonda Lynn Pike**

Case No. _____

                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**AT&T**<br>**P.O. Box 105262**<br>**Atlanta, GA 30348** | X | J | Business Debt - Personal Guaranty - Gary's Garden Center | | | | 1,156.40 |
| Account No. <br><br>**Athens Banner-Herald**<br>**1 Press Place**<br>**Athens, GA 30601** | X | J | Business Debt - Personal Guaranty - Gary's Garden Center | | | | 400.00 |
| Account No. <br><br>**Atlanta Stone Sales**<br>**6100-B Lawrenceville Hwy**<br>**Tucker, GA 30084** | X | J | Business Debt - Gary's Wholesale Nursery | | | | 574.95 |
| Account No. <br><br>**Avery Trucking**<br>**P.O. Box 690**<br>**Dahlonega, GA 30533** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 13,596.35 |
| Account No. <br><br>**Avery Trucking**<br>**P.O. Box 690**<br>**Dahlonega, GA 30533** | X | J | Business Debt - Personal Guaranty - Gary's Garden Center | | | | 3,540.40 |

Sheet no. __4__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    19,268.10

In re　**Gary Michael Pike, Sr.,**　　　　　　　　　　　　　Case No. _____
　　　　**Rhonda Lynn Pike**

_____ ,
　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Baker Environmental Nursery**<br>**949 Marshall Clark Rd**<br>**Hoschton, GA 30548** | X | J | | **Business Debt - Gary's Wholesale Nursery** | | | | 3,000.00 |
| Account No.<br><br>**Bayview Flowers**<br>**P.O. Box 2 Jordan Road**<br>**LOR 1SO**<br>**Jordan Station Ontario** | X | J | | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 15,122.10 |
| Account No.<br><br>**Bernecker's Nursery**<br>**16900 SW 216 Street**<br>**Miami, FL 33170** | X | J | | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 5,533.03 |
| Account No.<br><br>**Big Creek Nursery**<br>**12451 Moffett Rd**<br>**Wilmer, AL 36587** | X | J | | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 3,837.50 |
| Account No.<br><br>**Big Creek Nursery**<br>**12451 Moffett Rd**<br>**Wilmer, AL 36587** | X | J | | **Business Debt - Personal Guaranty - Gary's Garden Center** | | | | 13,533.50 |

Sheet no. __5__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,026.13

In re    **Gary Michael Pike, Sr.,**
      **Rhonda Lynn Pike**

Case No. _____

                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Billingsley Wholesale Nursery** <br> **421 Taylors Chapel Rd** <br> **Rabun Gap, GA 30568** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 875.00 |
| Account No. <br><br> **Black Fox Farms** <br> **2724 Varneli Road** <br> **Cleveland, TN 37311** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 80,512.15 |
| Account No. <br><br> **Block USA** <br> **P.O. Box 2130** <br> **Lawrenceville, GA 30046** | X | J | Business Debt - Personal Guaranty | | | | 0.00 |
| Account No. <br><br> **Blue Diamond Corrugated** <br> **P.O. Box 537646** <br> **Atlanta, GA 30353-4646** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 20,665.95 |
| Account No. <br><br> **Blue Diamond Corrugated** <br> **P.O. Box 534646** <br> **Atlanta, GA 30353-4646** | X | J | Business Debt - Personal Guaranty - Gary's Garden Center | | | | 230.85 |

Sheet no. __6___ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

102,283.95

In re   **Gary Michael Pike, Sr.,**
      **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Blue Marlin Logistics**<br>**P.O. Box 418**<br>**Dawsonville, GA 30534** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 3,982.18 |
| Account No. <br><br>**Blue Ridge Boxwoods**<br>**P.O. Box 285**<br>**Warrensville, NC 28693** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 7,925.20 |
| Account No. <br><br>**Bold Springs Nursery**<br>**1366 Columbus Hwy**<br>**Hawkinsville, GA 31036** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 5,965.50 |
| Account No. <br><br>**Border Concepts Inc.**<br>**P.O. Box 471185**<br>**Charlotte, NC 28247** | X | J | Business Debt - Personal Guaranty - Gary's Garden Center | | | | 14,393.44 |
| Account No. <br><br>**Bridgefield Casualty Ins**<br>**c/o Michael Kaplan, Esq.**<br>**PO Box 471**<br>**Columbus, GA 31902-0471** | X | J | Business Insurance policy debt | | | | 2,546.76 |

Sheet no. _7_ of _77_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,813.08

In re **Gary Michael Pike, Sr.,**
**Rhonda Lynn Pike**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | re Pike Nurseries Acquisition LLC litigation | | | | |
| Bryan E. Bates Esq McKenna Long & Aldridge LLP 303 Peachtree St Ste 5300 Atlanta, GA 30308 | X | H | | | | | 0.00 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| Buffalo Creek 1641 Riverside Dr. Lenoir, NC 28645 | X | J | | | | | 15,473.00 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| Butler Tire 106 Powers Ferry Rd Marietta, GA 30067 | X | J | | | | | 2,031.95 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Garden Center | | | | |
| BWI-Greenville/Spartanburg P.O. Box 1410 Greer, SC 29652-1410 | X | J | | | | | 11,471.84 |
| Account No. | | | re J&R Nursery LLC litigation and S.D. Walker Nursery Farm LLC litigation | | | | |
| C. Wilson Dubose Esq. 285 North Main Street P.O. Box 192 Eatonton, GA 31024 | X | H | | | | | 0.00 |

Sheet no. __8__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **28,976.79**

In re    **Gary Michael Pike, Sr.,**                      Case No. _____
        **Rhonda Lynn Pike**

,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Caffco International<br>P.O. Box 3508<br>Montgomery, AL 36109-1410** | X | J | **Business Debt - Personal Guaranty - Gary's Garden Center; Re: CCC Associates lawsuit** | | | | 11,051.20 |
| Account No. **xxxx-xxxx-xxxx-7039**<br><br>**Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-1083** | X | J | **Credit Card** | | | | 19,745.00 |
| Account No. **xxxx-xxxx-xxxx-4222**<br><br>**Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-1083** | | J | **Credit Card** | | | | 11,368.00 |
| Account No.<br><br>**Cardinal Service<br>1508 Mancha Dr<br>Boulder City, NV 89005** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 2,350.00 |
| Account No.<br><br>**Carolina Nurseries<br>P.O. Box 601170<br>Charlotte, NC 28260-1170** | X | J | **Business Debt - Personal Guaranty - Gary's Garden Center** | | | | 33,934.66 |

Sheet no. __9__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

78,448.86

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

In re    **Gary Michael Pike, Sr.,**
       **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | J | | Business Debt - Gary's Wholesale Nursery | | | | |
| Carolina Nurseries P.O. Box 601170 Charlotte, NC 28260-1170 | | | | | | | | | 9,552.40 |
| Account No. | | | J | | Business Debt-Gary's Garden Center | | | | |
| Carruth Nurseries 4761 Bentley Road Monroe, GA 30655 | | | | | | | | | 7,925.00 |
| Account No. xxxx-xxxx5545 | X | | J | | Lease Skid Steer - Gary's Wholesale Nursery | | | | |
| Caterpiller Financial Services P.O. Box 730681 Dallas, TX 75373-0681 | | | | | | | | | 26,353.03 |
| Account No. | | | J | | Business Debt -Gary's Garden Center | | | | |
| Cave Cove Stone, LLC 1289 South Walnut Avenue Cookeville, TN 38501 | | | | | | | | | 17,371.81 |
| Account No. | X | | J | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| Cbeyond P.O. Box 406815 Atlanta, GA 30384-6815 | | | | | | | | | Unknown |

Sheet no. __10__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)

61,202.24

In re **Gary Michael Pike, Sr.,**
**Rhonda Lynn Pike**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Chappell Mill Trees, LLC**<br>**530 Chappell Mill Road**<br>**Milner, GA 30257** | | J | Business Debt | | | | 300.00 |
| Account No. xxxx-xxxx-xxxx-9355<br>**Chase**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | W | Credit Card | | | | 13,624.00 |
| Account No.<br>**Cherokee Manufacturing**<br>**501 E Richmond St South**<br>**South Saint Paul, MN 55075** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 3,071.20 |
| Account No.<br>**Cherry Lake Tree Farm**<br>**7386 Cherry Lake Road**<br>**Groveland, FL 34736** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 21,697.00 |
| Account No.<br>**Chris Burns**<br>**PO Box 144**<br>**Shady Dale, GA 31085** | | J | Business Debt - Gary's Wholesale Nursery | | | | 450.00 |

Sheet no. __11__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  39,142.20

In re **Gary Michael Pike, Sr.,**
    **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Christhomas Corp.**<br>**17528 Von Karman Avenue**<br>**Irvine, CA 92614** | X | J | **Business Debt - Gary's Garden Center** | | | | 1,622.57 |
| Account No.<br><br>**Chrysal USA**<br>**3063 NW 107th Ave**<br>**Miami, FL 33172** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 1,000.00 |
| Account No.<br><br>**Cintas**<br>**1055 Progress Ind. Blvd**<br>**Lawrenceville, GA 30043** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 552.78 |
| Account No.<br><br>**Cintas**<br>**P.O. Box 630803**<br>**Cincinnati, OH 45263** | | J | **Business Debt** | | | | 669.27 |
| Account No.<br><br>**Cintas**<br>**1055 Progress Ind. Blvd**<br>**Lawrenceville, GA 30043** | | J | **Business Debt - Gary's Garden Center** | | | | 787.61 |

Sheet no. __12__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,632.23

In re **Gary Michael Pike, Sr.,**
    **Rhonda Lynn Pike**
                                                    Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Cintas First Aid & Safety** **1705 Corporate Drive** **Suite 440** **Norcross, GA 30093** | | J | | | | | 68.32 |
| Account No. | | | Business Debt re Garnishment matters for Gary's Garden Center | | | | |
| **Citibank** **c/o  Mann Bracken LLP** **2727 Paces Ferry Road** **Atlanta, GA 30339** | X | J | | | | | 0.00 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| **Cleveland Tree Company** **P.O. Box 1526** **Fort Valley, GA 31030** | X | J | | | | | 10,967.00 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| **Coca Cola Enterprises** **P.O. Box 403390** **Atlanta, GA 30384-3390** | X | J | | | | | 204.19 |
| Account No. | | | Business Debt- Gary's Garden Center | | | | |
| **Concord Garden Club** **Box 237** **Concord, GA 30206** | | J | | | | | 200.00 |

Sheet no. __13__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,439.51

In re   **Gary Michael Pike, Sr.,**
       **Rhonda Lynn Pike**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Corey Companies**<br>**225 Corey Center, Suite 1**<br>**Atlanta, GA 30312** | X | J | **Business Debt - Gary's Garden Center** | | | | 12,600.00 |
| Account No. <br><br>**Costa Farms**<br>**Lockbox Dept AT 952970**<br>**Atlanta, GA 31192-2970** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 4,955.87 |
| Account No. <br><br>**Cowart Mulch Products**<br>**185 Peachtree Industrial Blvd**<br>**Buford, GA 30518** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 5,750.83 |
| Account No. <br><br>**Cowart Mulch Products**<br>**185 Peachtree Industrial Blvd**<br>**Buford, GA 30518** | X | J | **Business Debt - Gary's Garden Center** | | | | 3,011.90 |
| Account No. <br><br>**Coweta Greenhouses**<br>**P.O. Box 1703**<br>**Newnan, GA 30264** | X | J | **Business Debt - Personal Guaranty - Gary's Garden Center** | | | | 11,178.87 |

Sheet no. \_\_**14**\_\_ of \_\_**77**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      37,497.47

In re **Gary Michael Pike, Sr.,**
      **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Coweta Greenhouses** <br> **P.O. Box 1703** <br> **Newnan, GA 30264** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 3,396.72 |
| Account No. <br><br> **Custom Stone Handlers/CSH** <br> **P.O. Box 12105** <br> **Birmingham, AL 35202** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 4,831.07 |
| Account No. <br><br> **Daryl Benedict - Consignment** <br> **192 Arrowhead Trail** <br> **Eatonton, GA 31024** | | J | **Business Debt - Gary's Wholesale Nursery** | | | | 125.00 |
| Account No. <br><br> **Decatur First Bank** <br> **1120 Commerce Dr.** <br> **Decatur, GA 30030** | X | J | **Guaranty of Business debt** | | | | 4,200,000.00 |
| Account No. <br><br> **Deep Root** <br> **530 Washington St** <br> **San Francisco, CA 94111** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 762.14 |

Sheet no. __15__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,209,114.93

In re **Gary Michael Pike, Sr.,**
      **Rhonda Lynn Pike**

Case No. _____

                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Deroose Plants** <br>**4601 N Rock Springs Rd** <br>**Apopka, FL 32712** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 576.00 |
| Account No. <br><br>**Dock 103.9** <br>**1271 E. Broad Street** <br>**Greensboro, GA 30642** | X | J | **Guaranty of Business Debt - Gary's Garden Center** | | | | 2,100.40 |
| Account No. <br><br>**Donald L. Baker** <br>**1470 Redd Road** <br>**Alpharetta, GA 30004** | X | J | **Business Debt - Gary's Garden Center** | | | | 420.00 |
| Account No. <br><br>**Eco Blends** <br>**108 Lake Man Drive** <br>**Eatonton, GA 31024** | X | J | **Business Debt - Gary's Garden Center** | | | | 88.92 |
| Account No. <br><br>**Evergreen Enterprises, Inc.** <br>**5915 Midlothian Turnpike** <br>**Richmond, VA 23225** | X | J | **Business Debt - Gary's Garden Center** | | | | 13,605.68 |

Sheet no. __16__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,791.00

In re    **Gary Michael Pike, Sr.,**            Case No. _____
        **Rhonda Lynn Pike**

                                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Evergreen Nursery**<br>**1501 Dials Mill Rd**<br>**Statham, GA 30666** | X | J | **Business Debt - Personal Guaranty - Gary's Garden Center** | | | | 3,639.23 |
| Account No.<br><br>**Evergreen Nursery**<br>**1501 Dials Mill Rd**<br>**Statham, GA 30666** | X | J | **Business Debt - Gary's Wholesale Nursery** | | | | 5,796.61 |
| Account No.<br><br>**Ewing Irrigation Products**<br>**4080 Nine McFarland Drive**<br>**Alpharetta, GA 30004** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 46.79 |
| Account No.<br><br>**Fafard, Inc**<br>**1471 Amith Road**<br>**Anderson, SC 29621** | X | J | **Business Debt - Gary's Wholesale Nursery** | | | | 4,472.60 |
| Account No.<br><br>**Fafard, Inc.**<br>**P.O. Box 281153**<br>**Atlanta, GA 30384** | X | J | **Business Debt - Gary's Garden Center** | | | | 2,508.80 |

Sheet no. __17__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                             Subtotal<br>(Total of this page)      16,464.03

In re **Gary Michael Pike, Sr.,**
   **Rhonda Lynn Pike**
_____,
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fairdale Nursery**<br>**13200 SW Wilsonville Rd**<br>**Wilsonville, OR 97070** | X | J | **Business Debt - Personal Guaranty - Gary's Garden Center** | | | | 2,500.00 |
| Account No.<br><br>**Fairdale Nursery**<br>**13200 SW Wilsonville Rd**<br>**Wilsonville, OR 97070** | X | J | **Business Debt - Gary's Wholesale Nursery** | | | | 1,413.13 |
| Account No.<br><br>**Fantastic Craft**<br>**162 57th Street**<br>**Brooklyn, NY 11220** | X | J | **Business Debt-Gary's Garden Center** | | | | 1,253.99 |
| Account No.<br><br>**Ferry-Morse Seed Company**<br>**P.O. Box 1620**<br>**Fulton, KY 42041-0620** | X | J | **Business Debt - Gary's Garden Center** | | | | 10,215.83 |
| Account No.<br><br>**FFVA Mutual-W/C**<br>**P.O. Box 918292**<br>**Orlando, FL 32891-8292** | X | J | **Business Debt** | | | | 4.98 |

Sheet no. __18__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,387.93

In re    **Gary Michael Pike, Sr.,**
        **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-3089** <br><br> **FIA Card Services** <br> **P.O. Box 851001** <br> **Dallas, TX 75285-1001** | | H | | **Credit Card** | | | | 27,900.00 |
| Account No. <br><br> **First American Payment System** <br> **100 Throckmorton Street** <br> **Fort Worth, TX 76102** | X | J | | **Business Debt - Gary's Wholesale Nursery** | | | | 1,427.16 |
| Account No. <br><br> **Fitz and Floyd Enterprises** <br> **P.O. Box 823437** <br> **Philadelphia, PA 19182-3437** | X | J | | **Business Debt - Gary's Garden Center** | | | | 1,680.56 |
| Account No. <br><br> **Flowerwood Loxley** <br> **P.O. Box 665** <br> **Loxley, AL 36551** | X | J | | **Business Debt - Gary's Garden Center** | | | | 12,195.25 |
| Account No. <br><br> **Flowerwood Nursery** <br> **P.O. Box 665** <br> **Loxley, AL 36551** | X | J | | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 4,072.85 |

Sheet no. __19__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,275.82

In re **Gary Michael Pike, Sr.,**　　　　　　　　　　　　　Case No. _____
　　　　**Rhonda Lynn Pike**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| **Ford Credit P.O. Box 105697 Atlanta, GA 30348-5697** | X | J | | | | | 2,252.21 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| **Forest Hill Nursery Farm P.O. Box 302 Forest Hill, LA 71430** | X | J | | | | | 125,713.48 |
| Account No. | | | Business Debt - Personal Guaranty | | | | |
| **Forsyth County Water P.O. Box 100003 Cumming, GA 30028-8303** | X | J | | | | | 7.68 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Garden Center | | | | |
| **Fraleigh Nursery P.O. Box 262 Madison, FL 32341-0262** | X | J | | | | | 5,541.50 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Fraleigh Nursery P.O. Box 262 Madison, FL 32341-0262** | | J | | | | | 22,782.85 |

Sheet no. __20__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

156,297.72

In re **Gary Michael Pike, Sr.,**
     **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No.<br><br>**Francis N. Ford, Esquire**<br>**Adams & Ford, LLP**<br>**108 W. Marion Street**<br>**Eatonton, GA 31024** | | | | J | | For Notice Only re: Smith Communications suit on account | | | | 0.00 |
| Account No.<br><br>**Franklin D. Hughes Jr Esq.**<br>**Hughes & Altman LLP**<br>**1842 Independence Square**<br>**Atlanta, GA 30338-5150** | X | H | | | | re 3 Rivers Nursery Ligitation | | | | 0.00 |
| Account No.<br><br>**Gardenworld**<br>**P.O. Box 14124**<br>**Saint Paul, MN 55114** | | | | J | | Business Debt - Gary's Garden Center | | | | 300.23 |
| Account No.<br><br>**Garick LLC**<br>**13600 BROADWAY AVE STE 1**<br>**Cleveland, OH 44125** | X | | | J | | Guaranty of Business Debt | | | | 14,560.12 |
| Account No.<br><br>**Gas South**<br>**PO Box 530552**<br>**Atlanta, GA 30353-0552** | X | | | J | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 16,640.95 |

Sheet no. __21__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,501.30

B6F (Official Form 6F) (12/07) - Cont.

In re **Gary Michael Pike, Sr.,**
**Rhonda Lynn Pike**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx9864**<br><br>**GE Capital**<br>**PO Box 802585**<br>**Chicago, IL 60680-2585** | X | J | Lease for BobCat - Gary's Garden Center | | | | 9,005.82 |
| Account No.<br><br>**General Electric Capital Corp**<br>**P.O. Box 802585**<br>**Chicago, IL 62680-2585** | | J | Business Debt | | | | 5,067.95 |
| Account No.<br><br>**Geneva County Tree Farm**<br>**P.O. Box 313**<br>**Samson, AL 36477** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 5,150.00 |
| Account No.<br><br>**Georgia Dome**<br>**Accounting Dept**<br>**285 Andrew Young International**<br>**Atlanta, GA 30313** | | J | Falcons 2011 Season tickets | | | | Unknown |
| Account No.<br><br>**Georgia Power**<br>**96 Annex**<br>**Atlanta, GA 30396** | X | J | Business Debt - Gary's Wholesale Nursery | | | | 1,112.70 |

Sheet no. __22__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 20,336.47

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re     **Gary Michael Pike, Sr.,**
          **Rhonda Lynn Pike**                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Georgia Power 96 Annex Atlanta, GA 30396** | X | J | | | | | 1,031.40 |
| Account No. | | | Business Debt | | | | |
| **Georgia Power Retail 96 Annex Atlanta, GA 30396** | X | J | | | | | 2,261.89 |
| Account No. | | | Business Debt | | | | |
| **Georgia Power Wholesale 96 Annex Atlanta, GA 30396** | X | J | | | | | 413.80 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| **Georgia Power Wholesale 96 Annex Atlanta, GA 30396** | | J | | | | | 3,701.56 |
| Account No. | | | Loan | | | | |
| **Geraldine Pike 1700 Chartwell Trace Stone Mountain, GA 30083** | | J | | | | | 200,000.00 |

Sheet no. __23__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **207,408.65**

In re   **Gary Michael Pike, Sr.,**
       **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Business Debt | | | | |
| Giftcraft Inc. P.O. Box 1270 Grand Island, NY 14072 | | J | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Business Debt - Gary's Garden Center - Chevy Box Truck | | | | |
| GMAC/Ally P.O. Box 9001948 Louisville, KY 40290 | | J | | | | | |
| | | | | | | | 674.68 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| GMAC/Sierra P.O. Box 9001948 Louisville, KY 40290 | | J | | | | | |
| | | | | | | | 2,754.25 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Gollotte Trucking 6119 CAROL PLANTATION R Theodore, AL 36582 | | J | | | | | |
| | | | | | | | 550.00 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| Gracie Farms 182 Wood Road Smithville, TN 37166 | X | J | | | | | |
| | | | | | | | 1,025.00 |

Sheet no. __24__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,003.93

In re   **Gary Michael Pike, Sr.,**
      **Rhonda Lynn Pike**

Case No. _____

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Gragg Brothers Trucking** <br> **1641 Riverside Drive** <br> **Lenoir, NC 28645** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 900.00 |
| Account No. <br><br> **Graham Floyd, Esquire** <br> **J Alexander Johnson PC** <br> **132 W. Parker Street** <br> **Baxley, GA 31513** | X | H | **For Notice Only re Nunez Pine Straw litigation; CAFN: 10-473CS** | | | | 0.00 |
| Account No. <br><br> **Gralan Farms** <br> **3600 Dixie Highway** <br> **Madison, GA 30650** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 5,832.50 |
| Account No. <br><br> **Gralan Farms** <br> **3600 Dixie Highway** <br> **Madison, GA 30650** | | J | **Business Debt - Gary's Wholesale Nursery** | | | | 765.00 |
| Account No. <br><br> **Green Leaf Nursery** <br> **19355 SW 304th St** <br> **Homestead, FL 33030** | X | J | **Business Debt - Personal Guaranty - Gary's Garden Center** | | | | 7,349.04 |

Sheet no. __25__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,846.54

In re   **Gary Michael Pike, Sr.,**               Case No. _____
       **Rhonda Lynn Pike**

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Greencraft**<br>**651 James Rd**<br>**Alpharetta, GA 30004** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 1,254.36 |
| Account No. <br><br>**Greene County Chamber of Comme**<br>**111 North Main Street**<br>**Greensboro, GA 30642** | | J | Business Debt - Gary's Garden Center | | | | 225.00 |
| Account No. <br><br>**Greene Hill Nursery**<br>**5027 Hwy 147**<br>**Waverly, AL 36879** | X | J | Business Debt - Personal Guaranty - Gary's Garden Center | | | | 2,455.04 |
| Account No. <br><br>**Greene Hill Nursery**<br>**5027 Hwy 147**<br>**Waverly, AL 36879** | | J | Business Debt - Gary's Wholesale Nursery | | | | 5,645.25 |
| Account No. <br><br>**Greenleaf Nursery**<br>**P.O. Box 849731**<br>**Dallas, TX 75284-9731** | X | J | Business Debt - Gary's Wholesale Nursery | | | | 66,381.27 |

Sheet no. __26__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **75,960.92**

In re **Gary Michael Pike, Sr.,**
      **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| **Greenleaf Nursery 262 FM 2674 Road El Campo, TX 77437** | | J | | | | | 23,740.14 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| **Greensboro Tire 1010 Town Creek Blvd Greensboro, GA 30642** | | J | | | | | 705.78 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| **Griffin Greenhouse Nursery Sup 5350 Ball Groun Hwy Ball Ground, GA 30107** | X | J | | | | | 5,356.54 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| **Gro South P.O. Box 349 Montgomery, AL 36101** | X | J | | | | | 1,852.81 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Gro South P.O. Box 349 Montgomery, AL 36101** | | J | | | | | 1,569.02 |

Sheet no. __27__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,224.29

In re **Gary Michael Pike, Sr.,**
      **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gro Tec**<br>**P.O. Box 290**<br>**Madison, GA 30650** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 6,435.44 |
| Account No.<br><br>**Gwinnett County Water Resource**<br>**684 Winder Hwy**<br>**Lawrenceville, GA 30045** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 75.03 |
| Account No.<br><br>**Hackney Nursery**<br>**P.O. Box 160**<br>**Greensboro, FL 32330** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 45,318.33 |
| Account No.<br><br>**Hale and Hines Nursery**<br>**569 Hale Lane**<br>**Mc Minnville, TN 37110** | | J | **Business Debt - Gary's Garden Center** | | | | 18,000.00 |
| Account No.<br><br>**Halo Plants**<br>**P.O. Box 1285**<br>**Sorrento, FL 32776** | X | J | **Business Debt - Gary's Garden Center** | | | | 1,944.72 |

Sheet no. __28__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71,773.52

In re    **Gary Michael Pike, Sr.,**
         **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Halo Plants P.O. Box 1285 Sorrento, FL 32776** | | J | | | | | | 24,306.80 |
| Account No. | | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| **Hanck Nursery 15900 SW 258th St Homestead, FL 33031** | X | J | | | | | | 343.10 |
| Account No. | | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| **Hardin Brothers, LLC 1121 Alderman Dr Ste 101 Alpharetta, GA 30005** | X | J | | | | | | Unknown |
| Account No. | | | | Business Debt - Gary's Garden Center | | | | |
| **Hawk Mountain Tree Farm 667 Church Road Boone, NC 28607** | | J | | | | | | 23,590.00 |
| Account No. | | | | re Leo Gentry Wholesale Nursery Inc litigation | | | | |
| **Hays & Potter, PC 3310 Henderson Mill Rd Ste 203 Atlanta, GA 30341** | X | H | | | | | | 0.00 |

Sheet no. __29__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,239.90

In re    **Gary Michael Pike, Sr.,**             Case No. _____
        **Rhonda Lynn Pike**

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Helena Chemical Company**<br>**P.O. Box 198153**<br>**Atlanta, GA 30384-8153** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 2,090.00 |
| Account No. **228**<br><br>**Highlands Cove POA**<br>**705 Highlands Cove Dr. Box L**<br>**Highlands, NC 28741** | | J | **Annual Association Dues - personal** | | | | 3,075.00 |
| Account No.<br><br>**Home Depot/Citibank**<br>**P.O. Box 9121**<br>**Des Moines, IA 50368** | | J | **Business Debt - Gary's Garden Center** | | | | 891.30 |
| Account No.<br><br>**Horizon Growers of Georgia**<br>**1070 Flowers**<br>**Greensboro, GA 30642** | | J | **Business Debt - Gary's Garden Center** | | | | 9,590.05 |
| Account No.<br><br>**Horne Straw**<br>**1282 N GA 19 Route 2 Box 87**<br>**Glenwood, GA 30428** | X | J | **Business Debt - Gary's Wholesale Nursery** | | | | 115,000.00 |

Sheet no. __30__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                      Subtotal           **130,646.35**
                    (Total of this page)

In re **Gary Michael Pike, Sr.,**
**Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Horne Straw Farm, Inc.**<br>**Route 2, Box 67**<br>**Glenwood, GA 30428** | | J | **Business Debt - Gary's Garden Center** | | | | 110,000.00 |
| Account No.<br><br>**Huttig Building Products**<br>**36 West Lenhardt Rd**<br>**Piedmont, SC 29673** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 2,064.00 |
| Account No.<br><br>**Ikthus Tree Farm**<br>**60 Meadowchase Way**<br>**Palmetto, GA 30268** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 70,000.00 |
| Account No.<br><br>**Instant Color Greenhouses**<br>**3955 Martin Road**<br>**Cumming, GA 30028** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 30,243.99 |
| Account No.<br><br>**Interstate Logistics Systems**<br>**P.O. Box 881774**<br>**San Francisco, CA 94188-1774** | X | J | **Business Debt - Gary's Garden Center** | | | | 6,801.09 |

Sheet no. __31__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

219,109.08

In re **Gary Michael Pike, Sr.,**
    **Rhonda Lynn Pike**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Interstate Logistics Systems**<br>**P.O. Box 881774**<br>**San Francisco, CA 94188-1774** | | J | Business Debt - Gary's Wholesale Nursery | | | | 5,849.02 |
| Account No.<br><br>**Iseli Nursery**<br>**36518 Treasury Center**<br>**Chicago, IL 60694** | X | J | Business Debt - Gary's Garden Center | | | | 12,054.45 |
| Account No.<br><br>**Iseli Nursery**<br>**36518 Treasury Center**<br>**Chicago, IL 60694** | | J | Business Debt - Gary's Wholesale Nursery | | | | 5,678.20 |
| Account No.<br><br>**Island Tropical Foliage**<br>**17960 SW 232 St**<br>**Miami, FL 33170** | X | J | Business Debt - Gary's Garden Center | | | | 2,307.80 |
| Account No.<br><br>**Island Tropical Foliage**<br>**17960 SW 232 St**<br>**Miami, FL 33170** | | J | Business Debt - Gary's Wholesale Nursery | | | | 6,224.42 |

Sheet no. __32__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **32,113.89**

In re **Gary Michael Pike, Sr.,**              Case No. _____
      **Rhonda Lynn Pike**

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ivan Schurter Farms**<br>**9985 Kaufman Road NE**<br>**Silverton, OR 97381** | | J | **Business Debt - Gary's Garden Center** | | | | 1,260.00 |
| Account No. <br><br>**J&K Trucking Company**<br>**8203 Macedonia Chirch Rd**<br>**Vale, NC 28168** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 700.00 |
| Account No. <br><br>**J&R Nursery**<br>**13262 US Hwy 92 East**<br>**Dover, FL 33527** | X | J | **Business Debt - Gary's Garden Center** | | | | 5,262.00 |
| Account No. <br><br>**J&R Nursery**<br>**13262 US Hwy 92 East**<br>**Dover, FL 33527** | | J | **Business Debt - Gary's Wholesale Nursery** | | | | 13,223.75 |
| Account No. <br><br>**J. David Stuart Esq.**<br>**Stuart & Johnson LLC**<br>**1755 The Exchange Suite 130**<br>**Atlanta, GA 30339** | X | J | **For Notice Only re CCC Associates Litigation** | | | | 0.00 |

Sheet no. __33__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **20,445.75**

In re   **Gary Michael Pike, Sr.,**                        Case No. _____

           **Rhonda Lynn Pike**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**J. David Stuart Esq.**<br>**Stuart & Johnson LLC**<br>**1755 The Exchange Suite 130**<br>**Atlanta, GA 30339** | | H | For Notice Only re Garick LLC litigation | | | | 0.00 |
| Account No.<br><br>**J. Frank Schmidt & Son Co.**<br>**9500 SE 327th Ave**<br>**Boring, OR 97009** | | J | Business Debt - Gary's Garden Center | | | | 25,893.86 |
| Account No.<br><br>**Jack's Creek Nursery**<br>**P.O. Box 192**<br>**Bostwick, GA 30623-0192** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 7,025.00 |
| Account No.<br><br>**James Drogan Esq.**<br>**Law Office of James Dorgan Esq**<br>**338 Fairhope Ave Suite 210**<br>**Fairhope, AL 36532** | X | H | re Flowerwood Nursery Inc. litigation | | | | 0.00 |
| Account No.<br><br>**Jerbies Wood-n-Crete**<br>**355 S. Steel Bridge Road**<br>**Eatonton, GA 31024** | | J | Business Debt - Gary's Garden Center | | | | 73.00 |

Sheet no. __34__ of __77__ sheets attached to Schedule of               Subtotal          | 32,991.86
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

In re    **Gary Michael Pike, Sr.,**
       **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| Johnson-Higdon Nursery 4641 Fowlstown Road Attapulgus, GA 39815 | | J | | | | | 8,745.66 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| Jon's Nursery 24546 Nursery Way Eustis, FL 32736 | | J | | | | | 15,309.04 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| Keel Nursery 2300 Hennessee Bridge Rd Rock Island, TN 38581 | X | J | | | | | 27,712.00 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| Keya Stone 1289 Boston Town Road Dunlap, TN 37327 | X | J | | | | | 4,733.63 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| King's Sunset Nursery 875 Five Forks Rd Liberty, SC 29657 | X | J | | | | | 3,190.00 |

Sheet no. __35__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      59,690.33

In re **Gary Michael Pike, Sr.,**             Case No. _____
      **Rhonda Lynn Pike**

,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kinney Nursery** <br> **3740 Snow Road** <br> **Semmes, AL 36575** | | J | Business Debt - Gary's Garden Center | | | | 8,310.25 |
| Account No. <br><br> **Klupengers Nursery** <br> **24075 Klupenger Rd NE** <br> **Aurora, OR 97002** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 28,023.50 |
| Account No. <br><br> **Kuenzi Turf & Nursery** <br> **6500 State St** <br> **Salem, OR 97317** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 7,050.00 |
| Account No. <br><br> **LadySlipper** <br> **7418 Hickory Flat Hwy** <br> **Woodstock, GA 30188** | | J | Business Debt - Gary's Wholesale Nursery | | | | 73.60 |
| Account No. <br><br> **Lake Country Shopper** <br> **1511 Heidi Trail** <br> **Buckhead, GA 30625** | | J | Business Debt - Gary's Garden Center | | | | 798.00 |

Sheet no. __36__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

         Subtotal          (Total of this page)      **44,255.35**

In re    **Gary Michael Pike, Sr.,**
     **Rhonda Lynn Pike**
                                                   ,

Case No. _____

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| **Lake Oconee Builders Assoc. 1041 Village Park Drive Suite 102 Greensboro, GA 30642** | | J | | | | | 495.00 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| **Lake Oconee Rentals 645 Old Phoenix Road Eatonton, GA 31024** | | J | | | | | 4,934.09 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| **Lake Oconee Security Systems 1020 Park Avenue Suite 103 Greensboro, GA 30642** | | J | | | | | Unknown |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| **Lake Oconee Tree Farm & Nurse 813 Lake Oconee Parkway Eatonton, GA 31024** | | J | | | | | 515.00 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| **Lake Oconee Village Property Owners Assoc. 100 Linger Longer Road Greensboro, GA 30642** | X | J | | | | | 65,000.00 |

Sheet no. __37__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70,944.09

In re     **Gary Michael Pike, Sr.,**
        **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lakeside Trees Inc.** <br> **1451 Norwood Springs Rd** <br> **Fort Valley, GA 31030** | X | J | | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 6,925.00 |
| Account No. <br><br> **Landscaper's Select Inc.** <br> **2826 Tanner Lake trail** <br> **Marietta, GA 30064** | X | J | | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 67,017.84 |
| Account No. <br><br> **Law Office Smith & Associates** <br> **William D. Smith** <br> **4553 Winters Chapel Rd** <br> **Atlanta, GA 30360** | X | J | | **re Avery Logistics litigation; Lakeside Tree Inc litigation; Cleveland Tree Company litigation** | | | | 0.00 |
| Account No. <br><br> **Leo Gentry Nursery** <br> **P.O. Box 645** <br> **Gresham, OR 97030** | X | J | | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 23,253.23 |
| Account No. <br><br> **Leslie Moody** <br> **P.O. Box 24 High Shoals** <br> **High Shoals, GA 30645** | | J | | **Business Debt - Gary's Garden Center** | | | | 2,028.63 |

Sheet no. __38__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**99,224.70**

In re **Gary Michael Pike, Sr.,**
     **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5821** <br><br> Linger Longer Development Co <br> 100 Linger Longer Rd <br> Greensboro, GA 30642 | | J | Monthly Golf Membership | | | | 455.00 |
| Account No. <br><br> Load-Pro <br> P.O. Box 2587 <br> Suwanee, GA 30024 | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 1,000.00 |
| Account No. <br><br> Love Farms and Nursery <br> 3295 Old Smithville Road <br> Mc Minnville, TN 37110 | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 4,980.00 |
| Account No. <br><br> M.J. Fitzgerald Nursery | | J | Business Debt - Gary's Wholesale Nursery | | | | 14,689.00 |
| Account No. **x1119** <br><br> Macon Bank <br> 1239 <br> Highlands, NC 28741-1239 | | J | litigation <br> 1470 Highlands Cove Dr. <br> Highlands, NC 28741 | | | | 973,261.00 |

Sheet no. __39__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

994,385.00

In re    **Gary Michael Pike, Sr.,**
       **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| **Magnolia Lane** **4455 Galen Cove** **Birmingham, AL 35242** | | J | | | | | 957.00 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| **Malta** **2300 Henderson Mill Rd #227** **Greensboro, GA 30642** | X | J | | | | | 325.00 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Margo State Line** **P.O. Box 68** **Folkston, GA 31537** | X | J | | | | | 13,704.70 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| **Margo State Line** **RTE 4 Box 630** **Old Dixie Hwy 121** **Folkston, GA 31537** | | J | | | | | 15,578.10 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Garden Center | | | | |
| **Marian Gardens Tree Farm** **619 W State Road 50** **Groveland, FL 34736** | X | J | | | | | 3,975.00 |

Sheet no. __40__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,539.80

In re   **Gary Michael Pike, Sr.,**                                    Case No. _____
           **Rhonda Lynn Pike**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Marian Gardens Tree Farm** <br> **619 W State Road 50** <br> **Groveland, FL 34736** | | J | **Business Debt - Gary's Wholesale Nursery** | | | | 5,955.00 |
| Account No. <br><br> **Marietta Power Water** <br> **675 North Marietta Pkwy** <br> **Marietta, GA 30060-1528** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 1,070.07 |
| Account No. <br><br> **Martin L. Fierman Esq.** <br> **100 N Marison Ave** <br> **P.O. Box 3730** <br> **Eatonton, GA 31024** | | J | **re McIntosh State Bank litigation** | | | | 0.00 |
| Account No. <br><br> **Martins Nursery** <br> **2700 Snow Road** <br> **Semmes, AL 36575** | X | J | **Business Debt - Gary's Garden Center** | | | | 15,794.88 |
| Account No. <br><br> **Martins Nursery** <br> **2700 Snow Road** <br> **Semmes, AL 36575** | | J | **Business Debt - Gary's Wholesale Nursery** | | | | 49,070.17 |

Sheet no. \_\_**41**\_\_ of \_\_**77**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                           
(Total of this page)            **71,890.12**

In re   **Gary Michael Pike, Sr.,**              Case No. _____
        **Rhonda Lynn Pike**

                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt - Gary's Garden Center | | | | |
| **Massarelli's 500 South Egg Harbor Road Hammonton, NJ 08037** | | J | | | | | | 2,318.43 |
| Account No. | | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| **May Nursery 178 May nursery Rd Havana, FL 32333** | X | J | | | | | | 83.10 |
| Account No. | | | | Business Debt - Gary's Garden Center | | | | |
| **Meadowcraft, Inc. P.O. Box 798036 Saint Louis, MO 63179** | | J | | | | | | 835.16 |
| Account No. | | | | Business Debt - Gary's Garden Center | | | | |
| **Meyer Imports LTD 215 Frobisher Drive Waterloo, Ontario N2V 2G4** | | J | | | | | | 950.36 |
| Account No. | | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| **Michaels Nursery 8325 State Road 7 (441) Boynton Beach, FL 33472** | X | J | | | | | | 5,166.35 |

Sheet no. __42__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **9,353.40**

In re  **Gary Michael Pike, Sr.,**
     **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| **Mid Georgia Nursery** <br> **727 Rose Hill Road** <br> **Meansville, GA 30256** | X | J | | | | | 19,702.89 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Mike Aldridge Trucking Inc.** <br> **166 Shawnee St** <br> **Newland, NC 28657** | | J | | | | | 700.00 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| **Mobley Plant Farm** <br> **1255 Ewing Chapel Road** <br> **Dacula, GA 30019** | X | J | | | | | 8,596.50 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery re litigation | | | | |
| **Mobley Plant Farm** <br> **1255 Ewing Chapel Road** <br> **Dacula, GA 30019** | | J | | | | | 35,370.20 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| **Monrovia Growers** <br> **P.O. Box 406964** <br> **Atlanta, GA 30384-6964** | X | J | | | | | 71,174.92 |

Sheet no. __43__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

135,544.51

In re    **Gary Michael Pike, Sr.,**
       **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Monrovia Growers - Alpharetta P.O. Box 406964 Atlanta, GA 30384-6964 | | J | | | | | 202,861.48 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Monrovia Growers - Marietta P.O. Box 406964 Atlanta, GA 30384-6964 | | J | | | | | 219,539.31 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Monrovia Growers - Tucker P.O. Box 406964 Atlanta, GA 30384-6964 | | J | | | | | 67,812.77 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| Moons Tree Farm 6327 Highway 20 Loganville, GA 30052 | X | J | | | | | 8,130.00 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| Morgan County Citizens P.O. Box 708 Madison, GA 30650 | | J | | | | | 3,072.50 |

Sheet no. __44__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

501,416.06

In re   **Gary Michael Pike, Sr.,**
      **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MossMan**<br>**1811 Englewood Rd #274**<br>**Englewood, FL 34223-1822** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 826.61 |
| Account No.<br><br>**Mountain Valley Farms**<br>**6976 Frix Rd**<br>**Cumming, GA 30028** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 5,000.00 |
| Account No.<br><br>**Nature's Tree Farm**<br>**2155 Strickland Town Rd**<br>**Luthersville, GA 30251** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 12,471.25 |
| Account No.<br><br>**NDS**<br>**851 N Harvard Ave**<br>**Lindsay, CA 93247** | X | J | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 13,145.09 |
| Account No.<br><br>**Neptune Refreshments**<br>**P.O. Box 41**<br>**Watkinsville, GA 30677** | | J | Business Debt - Gary's Garden Center | | | | 20.87 |

Sheet no. __45__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,463.82

In re **Gary Michael Pike, Sr.,**          Case No. _____
      **Rhonda Lynn Pike**

_____,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**North Georgia Turf<br>1487 Blackdirt Road<br>Whitesburg, GA 30185** | | J | **Business Debt - Gary's Garden Center** | | | | 9,629.79 |
| Account No.<br><br>**Nunez Pinestraw<br>P.O. Box 1288<br>Baxley, GA 31513** | | J | **Business Debt - Gary's Garden Center re litigation** | | | | 8,149.50 |
| Account No.<br><br>**Oconee Performing Arts Society<br>4980 C. Carey Station Road<br>Greensboro, GA 30642** | | J | **Business Debt - Gary's Garden Center** | | | | 500.00 |
| Account No.<br><br>**Office Depot<br>P.O. Box 633211<br>Cincinnati, OH 45263-3211** | X | J | **Business Debt - Gary's Garden Center** | | | | 538.10 |
| Account No.<br><br>**Office Depot<br>P.O. Box 633211<br>Cincinnati, OH 45263-3211** | | J | **Business Debt - Gary's Wholesale Nursery** | | | | 1,249.29 |

Sheet no. __46__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,066.68

B6F (Official Form 6F) (12/07) - Cont.

In re **Gary Michael Pike, Sr.,**
       **Rhonda Lynn Pike**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| **Park Hill Collections, LLC**<br>**1400 East 28th Street**<br>**Little Rock, AR 72206** | | J | | | | | 3,332.74 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Garden Center | | | | |
| **Pennington Seed/Central Garden**<br>**P.O. Box 277743**<br>**Atlanta, GA 30384** | X | J | | | | | 20,980.07 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Pennington Seed/Central Garden**<br>**P.O. Box 277743**<br>**Atlanta, GA 30384** | | J | | | | | 20,000.00 |
| Account No. | | | Business Debt - Gary's Garden Center re litigation | | | | |
| **Penske Truck Leasing**<br>**P.O. Box 532658**<br>**Atlanta, GA 30353** | X | J | | | | | Unknown |
| Account No. | | | Business Debt - Gary's Wholesale Nursery re litigation | | | | |
| **Penske Truck Leasing**<br>**P.O. Box 532658**<br>**Atlanta, GA 30353** | | J | | | | | Unknown |

Sheet no. __47__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    44,312.81

In re   **Gary Michael Pike, Sr.,**
      **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| Piedmont Water Company Retail P.O. Box 105037 Atlanta, GA 30348 | | J | | | | | 251.89 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| Piedmont Water Irrigation P.O. Box 105037 Atlanta, GA 30348 | | J | | | | | 2,638.68 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| Pike Nurseries 2200 E Route 66 Ste 200 Glendora, CA 91740 | X | J | | | | | 10,620.21 |
| Account No. | | | Business Debt - Personal Guaranty re rent | | | | |
| Pike Nurseries Acquisition 2200 E Route 66 Ste 200 Glendora, CA 91740 | X | J | | | | | 1,150,311.90 |
| Account No. | | | Business Debt - Gary's Garden Center re litigation | | | | |
| Pine Hill Nursery 1101 Durden Road Rutledge, GA 30663 | | J | | | | | 7,507.00 |

Sheet no. __48__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,171,329.68**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gary Michael Pike, Sr.,**
**Rhonda Lynn Pike**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pinery Tree Farm** <br> **13701 Highland Valley Road** <br> **Escondido, CA 92025** | | J | | **Business Debt - Gary's Garden Center** | | | | **4,000.00** |
| Account No. <br><br> **Pinery Tree Farms** <br> **5800 E McBean Road** <br> **Somis, CA 93066** | X | J | | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | **8,000.00** |
| Account No. <br><br> **Pitney Bowes Global - A/Lease** <br> **P.O. Box 856460** <br> **Louisville, KY 40285-6460** | X | J | | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery (lease)** | | | | **Unknown** |
| Account No. <br><br> **Pitney Bowes Global - C/Lease** <br> **P.O. Box 856460** <br> **Louisville, KY 40285-6460** | | J | | **Business Debt - Gary's Wholesale Nursery (lease)** | | | | **Unknown** |
| Account No. <br><br> **Pitney Bowes Global - M/Lease** <br> **P.O. Box 856460** <br> **Louisville, KY 40285-6460** | | J | | **Business Debt - Gary's Wholesale Nursery (lease)** | | | | **Unknown** |

Sheet no. __49__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,000.00**

In re    **Gary Michael Pike, Sr.,**
       **Rhonda Lynn Pike**

Case No. _____

_____,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pitney Bowes Global - T/Lease <br> P.O. Box 856460 <br> Louisville, KY 40285-6460** | | J | **Business Debt - Gary's Wholesale Nursery (lease)** | | | | **Unknown** |
| Account No. <br><br> **Pitney Bowes Postage by Phone <br> P.O. Box 856042 <br> Louisville, KY 40285-6042** | X | J | **Business Debt - Personal Guaranty (C)** | | | | **750.53** |
| Account No. <br><br> **Pitney Bowes Postage by Phone <br> P.O. Box 856042 <br> Louisville, KY 40285-6042** | | J | **Business Debt - Gary's Wholesale Nursery (M)** | | | | **148.87** |
| Account No. <br><br> **Pitney Bowes Postage by Phone <br> P.O. Box 856042 <br> Louisville, KY 40285-6042** | | J | **Business Debt - Gary's Wholesale Nursery (T)** | | | | **299.42** |
| Account No. <br><br> **Pitney Bowes Postage by Phone <br> P.O. Box 856042 <br> Louisville, KY 40285-6042** | | J | **Business Debt - Gary's Wholesale Nursery (A)** | | | | **253.02** |

Sheet no. __50__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **1,451.84**

In re **Gary Michael Pike, Sr.,**
**Rhonda Lynn Pike** Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Plant Health Care P.O. Box 644570 Pittsburgh, PA 15264-4570** | X | J | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 6,735.70 |
| Account No. **Plantation Cablevision P.O. Box 4494 Eatonton, GA 31024** | | J | | Business Debt - Gary's Garden Center | | | | 1,050.00 |
| Account No. **Pro-Tec Fire & Safety P.O. Box 181 Jersey, GA 30018** | X | J | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 56.63 |
| Account No. **Putnals Premium Pine Straw 4987 E US Hwy 27 Mayo, FL 32066** | X | J | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 29,686.58 |
| Account No. **Quail Hollow Nurseries 3410 Bailey Rd Dacula, GA 30019** | X | J | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | 1,722.18 |

Sheet no. __51__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,251.09

In re **Gary Michael Pike, Sr.,**
**Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| Quench USA Inc P.O. Box 8500-53203 Philadelphia, PA 19178-3203 | X | J | | | | | 117.70 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Quench USA Inc P.O. Box 8500-53203 Philadelphia, PA 19178-3203 | | J | | | | | 165.30 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| R&D Sleeves P.O. Box 460 Plymouth, FL 32768 | X | J | | | | | 1,059.36 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| R&H Nursery, Inc. 34826 SE Carpenter Lane Gresham, OR 97080 | | J | | | | | 4,224.50 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| R&H Nursery, Inc. 34826 SE Carpenter Lane Gresham, OR 97080 | | J | | | | | 13,720.25 |

Sheet no. __52__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,287.11

In re   **Gary Michael Pike, Sr.,**
       **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | re Paul Miller d/b/a Timberline Nursery litigation | | | | |
| R. Michael Gailey Jr<br>The Gailey Law Firm<br>953 Harmony Rd Ste 101<br>Eatonton, GA 31024 | | H | | | | | 0.00 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| R.A. Dudley Nurseries<br>PO Box 429<br>2417 Washington Road NW<br>Thomson, GA 30824 | | J | | | | | 1,214.66 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| R.A. Dudley Nurseries<br>PO Box 429<br>2417 Washington Road NW<br>Thomson, GA 30824 | | J | | | | | 1,783.42 |
| Account No. | | | Business Debt - Personal Guaranty - Gary's Wholesale Nursery | | | | |
| Rainbow Orchids<br>1470 Redd Rd<br>Alpharetta, GA 30004 | X | J | | | | | 300.00 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| Razbuton<br>P.O. Box 783006<br>Winter Garden, FL 34778 | X | J | | | | | 1,995.00 |

Sheet no. __53__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **5,293.08**

In re **Gary Michael Pike, Sr.,**
**Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Razbuton** P.O. Box 783006 Winter Garden, FL 34778 | | J | Business Debt - Gary's Wholesale Nursery | | | | 5,387.00 |
| Account No. **xxxxxxx xxxx1 001** **RBC Bank** P.O. Box 1220 Rocky Mount, NC 27802 | X | J | Line of Credit - Business Expenses - Gary's Garden Center | | | | 22,000.00 |
| Account No. **Recall Secure Destruction Serv** 15311 Collection Center Drive Chicago, IL 60693-0100 | | J | Business Debt - Gary's Wholesale Nursery | | | | Unknown |
| Account No. **Redeemer Episcopal Academy** 680 Old Phoenix Road Eatonton, GA 31024 | | J | Business Debt - Gary's Garden Center | | | | 2,103.00 |
| Account No. **Regions Bank** 3050 Peachtree Road Ne Suite 125 Atlanta, GA 30305 | | J | 1470 Highlands Cove Dr. Highlands, NC 28741 | | | | 300,000.00 |

Sheet no. __54__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

329,490.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Gary Michael Pike, Sr.,**
    **Rhonda Lynn Pike**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Business Debt - Gary's Garden Center** | | | | |
| **Reliable First Aid Service** **P.O. Box 2602** **Suwanee, GA 30024** | X | J | | | | | 220.16 |
| Account No. | | | **Business Debt - Gary's Garden Center** | | | | |
| **Reliable First Aid Service** **P.O. Box 2602** **Suwanee, GA 30024** | | J | | | | | 117.43 |
| Account No. | | | **Business Debt - Gary's Garden Center** | | | | |
| **Reynolds American Properties** **100 Linger Longer Road** **Greensboro, GA 30642** | | J | | | | | Unknown |
| Account No. | | | **Business Debt - Gary's Garden Center** | | | | |
| **Riverbend Nursery** **1295 Mt Elbert Rd NW** **Riner, VA 24149** | X | J | | | | | 3,568.66 |
| Account No. | | | **Business Debt - Gary's Wholesale Nursery** | | | | |
| **Riverbend Nursery** **1295 Mt Elbert Rd NW** **Riner, VA 24149** | | J | | | | | 2,530.00 |

Sheet no. __55__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,436.25

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re  **Gary Michael Pike, Sr.,**
    **Rhonda Lynn Pike**

Case No. _____

_____,
                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert M. Gragg & Sons**<br>**1641 Riverside Dr**<br>**Lenoir, NC 28645** | X | J | **Business Debt - Gary's Garden Center** | | | | 6,092.00 |
| Account No.<br><br>**Robert M. Gragg & Sons**<br>**1641 Riverside Dr**<br>**Lenoir, NC 28645** | X | J | **Business Debt - Gary's Wholesale Nursery** | | | | 9,824.00 |
| Account No.<br><br>**Ron Mercer**<br>**2114 Highlands Club Dr**<br>**Conyers, GA 30013** | X | J | **Business Debt - Gary's Garden Center** | | | | 232,899.00 |
| Account No.<br><br>**Ron Mercer**<br>**2114 Highlands Club Dr**<br>**Conyers, GA 30013** | X | J | **Business Debt - Gary's Garden Center** | | | | 58,225.00 |
| Account No.<br><br>**Rose of Sharon**<br>**18470 SW 206th St**<br>**Miami, FL 33187** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | 4,709.50 |

Sheet no. __56__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

311,749.50

In re **Gary Michael Pike, Sr.,**
    **Rhonda Lynn Pike**

                                     **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**RVH Transport Inc**<br>**P.O. Box 763**<br>**Spruce Pine, NC 28777** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | **700.00** |
| Account No. **xxxxxxx/3339**<br><br>**Ryder Transportation**<br>**P.O. Box 402366**<br>**Atlanta, GA 30384-2366** | X | J | **Guaranty of Business Debt - Truck Lease** | | | | **Unknown** |
| Account No.<br><br>**S.D. Walker Nursery Farm**<br>**4553 Alex-Wellington Road**<br>**Wellington, AL 36279** | | J | **Business Debt - Gary's Garden Center** | | | | **5,793.00** |
| Account No.<br><br>**Safe-T Sales and Service**<br>**P.O. Box 599**<br>**Dacula, GA 30019** | X | J | **Business Debt - Personal Guaranty - Gary's Wholesale Nursery** | | | | **329.00** |
| Account No.<br><br>**Saint Joseph's East Georgia**<br>**1201 Siloam Road**<br>**Greensboro, GA 30642** | | J | **Business Debt - Gary's Garden Center** | | | | **4,935.00** |

Sheet no. __57__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                  (Total of this page)    **11,757.00**

In re **Gary Michael Pike, Sr.,**
**Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sammons / McMichael LLC**<br>**PO Box 3249**<br>**Eatonton, GA 31024** | | J | **HOA dues for Chapel Springs lake lot, 125 Mag's Path** | | | | 1,500.00 |
| Account No.<br><br>**Sandy Creek Farms, LLC**<br>**1230 Wilburn Rd**<br>**Winder, GA 30680** | X | J | **Business Debt - Gary's Wholesale Nursery** | | | | 500.00 |
| Account No.<br><br>**Saparna, Inc.**<br>**36-13 36 Avenue**<br>**Astoria, NY 11106** | | J | **Business Debt - Gary's Garden Center** | | | | 100.00 |
| Account No.<br><br>**Saul Nurseries**<br>**1115 Curry Dr.**<br>**Atlanta, GA 30319** | X | J | **Business Debt - Gary's Wholesale Nursery** | | | | 6,293.10 |
| Account No.<br><br>**SD Walker Nursery Farm**<br>**13262 US Hwy 92 East**<br>**Dover, FL 33527** | X | J | **Business Debt - Gary's Wholesale Nursery** | | | | 51,323.00 |

Sheet no. __58__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,716.10

In re    **Gary Michael Pike, Sr.,**
        **Rhonda Lynn Pike**

Case No. _____

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Senoia Tree Farm** **1531 Hwy 341 South** **Barnesville, GA 30204** | X | J | | | | | 6,795.00 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| **Sharp Top Trees** **102 Aubrey Rd** **White, GA 30184** | X | J | | | | | 2,459.00 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Sharp Top Trees** **102 Aubrey Rd** **White, GA 30184** | | J | | | | | 5,131.00 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Sikes Fleet Services** **75 Remittance Dr Ste 1249** **Chicago, IL 60675-1249** | X | J | | | | | 3,371.03 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Silver Vase** **26001 SW 217 Avenue** **Homestead, FL 33031** | X | J | | | | | 3,374.90 |

Sheet no. \_\_**59**\_\_ of \_\_**77**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,130.93

In re   **Gary Michael Pike, Sr.,**
       **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Newspaper account | | | | |
| **Smith Communications 100 N Jefferson Avenue Eatonton, GA 31024** | | J | | | | | 15,000.00 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Smith Garden Products LBX #774122 4122 Solutions Center Chicago, IL 60677-4001** | X | J | | | | | 19,408.64 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| **Sobella Farms P.O. Box 1138 Boring, OR 97009** | X | J | | | | | 13,877.50 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Sobella Farms P.O. Box 1138 Boring, OR 97009** | | J | | | | | 11,578.50 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Soft Intelligence 11660 Alpharetta Hwy Ste 355 Roswell, GA 30076** | X | J | | | | | 395.00 |

Sheet no. __60__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **60,259.64**

In re   **Gary Michael Pike, Sr.,**
      **Rhonda Lynn Pike**
                                           ,
                                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Monthly Assn Dues (personal) | | | | |
| South Bay at Lake Oconee Condo Assn 1585 Old Norcross Rd #101 Lawrenceville, GA 30046-4043 | | J | | | | | 1,500.00 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Southeastern Growers P.O. Box 280 Farmington, GA 30638-0280 | X | J | | | | | 15,760.00 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Sprint -7581 P.O. Box 4181 Carol Stream, IL 60197-4181 | X | J | | | | | 3,307.71 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| Stanley Access Tech P.O. Box 0371595 Pittsburgh, PA 15251 | | J | | | | | 240.00 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Stokley Nursery 4801 McCrary Rd Semmes, AL 36575 | X | J | | | | | 26,848.25 |

Sheet no. __61__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,655.96

In re    **Gary Michael Pike, Sr.,**                                 Case No. _____
           **Rhonda Lynn Pike**

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stone Forest Materials, LLC**<br>**2501 S Main St**<br>**Kennesaw, GA 30144** | X | J | **Business Debt - Gary's Wholesale Nursery** | | | | 868.73 |
| Account No.<br><br>**Sugar Hill Nurseries, LLC**<br>**2122 Hwy 341 S**<br>**Yatesville, GA 31097** | X | J | **Business Debt - Gary's Wholesale Nursery** | | | | 2,400.00 |
| Account No.<br><br>**Summit - W/C**<br>**P.O. Box 32034**<br>**Lakeland, FL 33802** | X | J | **Business Debt - Gary's Garden Center** | | | | 2,425.45 |
| Account No.<br><br>**Sunbelt Greenhouses**<br>**200 Thompson Dr**<br>**Douglas, GA 31535** | X | J | **Business Debt - Gary's Garden Center** | | | | 29,977.94 |
| Account No.<br><br>**Sunbelt Greenhouses**<br>**200 Thompson Dr**<br>**Douglas, GA 31535** | X | J | **Business Debt - Gary's Wholesale Nursery** | | | | 5,000.00 |

Sheet no. __62__ of __77__ sheets attached to Schedule of               Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)     40,672.12

In re    **Gary Michael Pike, Sr.,**                       Case No. _____
           **Rhonda Lynn Pike**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sunshine Foliage World**<br>**P.O. Box 238**<br>**Zolfo Springs, FL 33890** | X | J | **Business Debt - Gary's Wholesale Nursery** | | | | 3,189.40 |
| Account No.<br><br>**Superior Trees**<br>**P.O. Box 9400**<br>**Lee, FL 32059** | X | J | **Business Debt - Gary's Wholesale Nursery** | | | | 1,322.94 |
| Account No.<br><br>**Sutton and Locandro Enterprise**<br>**80 Lacy St**<br>**Marietta, GA 30060** | X | J | **Business Debt for building lease** | | | | **Unknown** |
| Account No.<br><br>**T&T Nurseries**<br>**P.O. Box 25**<br>**Semmes, AL 36575** | X | J | **Business Debt - Gary's Wholesale Nursery** | | | | 900.00 |
| Account No.<br><br>**Tapestry Greenhouse & Nursery**<br>**1160 Crawford Road**<br>**Madison, GA 30650** | | J | **Business Debt - Gary's Garden Center** | | | | 116.00 |

Sheet no. __63__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **5,528.34**

In re __Gary Michael Pike, Sr.,__            Case No. _____
       __Rhonda Lynn Pike__

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Tennessee Stone Harvesting 813 Wattenbarger Rd Crossville, TN 38571 | X | J | | | | | 7,566.00 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| The Augusta Chronicle P.O. Box 1486 Augusta, GA 30903 | | J | | | | | 2,640.00 |
| Account No. | | | For Notice Only Re: Zalenka Nurseries | | | | |
| The Berry Family of Nurseries Burt & Associates 6700 Pinecrest Dr, #150 Plano, TX 75024 | | J | | | | | 0.00 |
| Account No. | | | Business Debt - Gary's Garden Center re litigation | | | | |
| The Dock 1271-B East Broad Street Greensboro, GA 30642 | | J | | | | | 1,780.00 |
| Account No. | | | For Noticed Only re: Business Debt - Gary's Garden Center re litigation Smith Communications | | | | |
| The Eatonton Messenger P.O. Box 4027 Eatonton, GA 31024 | | J | | | | | 0.00 |

Sheet no. __64__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     __11,986.00__

In re    **Gary Michael Pike, Sr.,**
       **Rhonda Lynn Pike**                                Case No. _____

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Garden Center re litigation | | | | |
| The Herald Journal P.O. Box 149 Greensboro, GA 30642 | | J | | | | | 4,775.00 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| The Jungle Nursery 6065 SW 133 St Miami, FL 33156 | X | J | | | | | 10,150.75 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| The Oconee Enterprise P.O. Box 535 Watkinsville, GA 30677 | | J | | | | | 760.00 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| The Oconee Leader P.O. Box 967 Watkinsville, GA 30677 | | J | | | | | 500.00 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| The Pinery P.O. Box 668 Rancho Cucamonga, CA 91729 | X | J | | | | | 1,170.50 |

Sheet no. __65__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                 (Total of this page)          **17,356.25**

In re    **Gary Michael Pike, Sr.,**
        **Rhonda Lynn Pike**
                                                     ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| The Pinery P.O. Box 668 Rancho Cucamonga, CA 91729 | | J | | | | | 2,165.76 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| The Rockdale Citizen P.O. Box 1286 Lawrenceville, GA 30046 | | J | | | | | 4,290.00 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| The Union Recorder 165 Garrett Way Milledgeville, GA 31061 | | J | | | | | 11,639.85 |
| Account No. | | | re Southeastern Growers Inc. litigation | | | | |
| Thomas F. Hollingsworth Blasingame Burch Garrad Ashley P.O. Box 832 Athens, GA 30603 | | J | | | | | 0.00 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Tidwell Nurseries P.O. Box 999 Greenville, GA 30222 | X | J | | | | | 3,767.30 |

Sheet no. __66__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,862.91

In re   **Gary Michael Pike, Sr.,**
          **Rhonda Lynn Pike**

Case No. _____

                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Timberline Nursery <br> P.O. Box 248 <br> Pavo, GA 31778 | X | J | Business Debt - Gary's Garden Center re litigation | | | | 11,874.67 |
| Account No. <br><br> Timberline Nursery <br> P.O. Box 248 <br> Pavo, GA 31778 | | J | Business Debt - Gary's Wholesale Nursery re litigation | | | | 29,020.00 |
| Account No. <br><br> TJ Stidham <br> 2701 Airport Rd <br> Plant City, FL 33563 | X | J | Business Debt - Gary's Garden Center | | | | 981.76 |
| Account No. <br><br> TJ Stidham <br> 2701 Airport Rd <br> Plant City, FL 33563 | X | J | Business Debt - Gary's Wholesale Nursery | | | | 1,850.00 |
| Account No. <br><br> Top Flora <br> P.O. Box 1034 <br> Archer, FL 32618 | X | J | Business Debt - Gary's Wholesale Nursery | | | | 7,504.80 |

Sheet no. __67__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,231.23

In re   **Gary Michael Pike, Sr.,**                       Case No. _____
        **Rhonda Lynn Pike**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Toyota Forklifts of Atlanta P.O. Box 102883 Atlanta, GA 30368-2883 | X | J | | | | | 2,311.07 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| Trade Associates Group 1730 West Wrightwood IL 60414 | | J | | | | | 2,010.59 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| Tree Town USA P.O. Box 203471 Houston, TX 77216 | | J | | | | | 6,198.39 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Triangle Nursery P.O. Box 681248 Houston, TX 77268 | X | J | | | | | 8,352.00 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Troutman Sanders PO Box 933652 Atlanta, GA 31193-3652 | | J | | | | | 8,526.50 |

Sheet no. __68__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
                              (Total of this page)        **27,398.55**

In re **Gary Michael Pike, Sr.,**    Case No. _____
     **Rhonda Lynn Pike**
_____ ,
                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| Turfgrass America 12060 NE Highway 70 Arcadia, FL 34266 | | J | | | | | 1,000.00 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Twin Oaks Nursery P.O. Box 488 Wilmer, AL 36587 | X | J | | | | | 32,894.45 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| Two's Company 500 Saw Mill River Road Elmsford, NY 10523 | | J | | | | | 131.06 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| U-Line 2165 Northmont Pkwy Duluth, GA 30096 | | J | | | | | 196.10 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| U-Line 2165 Northmont Pkwy Duluth, GA 30096 | | J | | | | | 114.32 |

Sheet no. __69__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **34,335.93**

In re **Gary Michael Pike, Sr.,**
    **Rhonda Lynn Pike**

Case No. _____

                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Vargas Nursery** <br> **65 Willis Gunter Rd** <br> **Forest Hill, LA 71430** | X | J | **Business Debt - Gary's Wholesale Nursery** | | | | 9,454.75 |
| Account No. <br><br> **Veldsma and Sons Inc.** <br> **160 Andrew Drive** <br> **Suite 100** <br> **Stockbridge, GA 30281** | | J | **Business Debt - Gary's Garden Center** | | | | 1,000.00 |
| Account No. <br><br> **Verizon Wireless** <br> **P.O. Box 660108** <br> **Dallas, TX 75266-0108** | X | J | **Business Debt - Gary's Garden Center- Phone services contract for Gary's Garden Center (not for phone services contract under Debtors' personal Verizon account)** | | | | Unknown |
| Account No. <br><br> **Victory Nursery** <br> **2477 East River Road** <br> **Oakdale, LA 71463** | | J | **Business Debt - Gary's Garden Center** | | | | 1,330.00 |
| Account No. xxxx-xxxx-xxxx-8110 <br><br> **Visa Black Card Services** <br> **P.O. Box 13337** <br> **Philadelphia, PA 19101-3337** | | J | **Credit Card** | | | | 6,350.00 |

Sheet no. __70__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,134.75

In re **Gary Michael Pike, Sr.,**
    **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**W. Austin Jowers Esq**<br>**King & Spalding LLP**<br>**1180 Peachtree Street**<br>**Atlanta, GA 30309** | X | J | re Regions Bank litigation; Case No. 10-CV-671 and 10-1-10015-99 | | | | 0.00 |
| Account No. <br><br>**Wadley Holdings, LLC**<br>**dba Meadowcraft**<br>**134 Clay Street**<br>**Wadley, AL 36276** | | J | Business Debt - Gary's Garden Center | | | | 8.58 |
| Account No. <br><br>**Walker Stone Supply**<br>**161 Bowman Lane**<br>**Crab Orchard, TN 37723** | X | J | Business Debt - Gary's Wholesale Nursery | | | | 3,172.50 |
| Account No. <br><br>**Waller Transport**<br>**244 Johnstonville Rd**<br>**P.O. Box 39**<br>**Barnesville, GA 30204** | X | J | Business Debt - Gary's Wholesale Nursery | | | | 2,150.00 |
| Account No. **xxxx0023** <br><br>**Ward's Place**<br>**Reynolds Plantation OwnersAssn**<br>**P.O. Box 628207**<br>**Orlando, FL 32862-8207** | | J | HOA Dues | | | | 1,200.00 |

Sheet no. __71__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,531.08

In re    **Gary Michael Pike, Sr.,**
        **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Warren's Nursery** **252 Jimmie Nelson Rd** **Kingston, GA 30145** | X | J | | | | | 310.75 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Waste Management** **P.O. Box 105453** **Atlanta, GA 30348-5453** | X | J | | | | | Unknown |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Waste Management - Marietta** **P.O. Box 105453** **Atlanta, GA 30348-5453** | | J | | | | | Unknown |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Waste Management - Tucker** **P.O. Box 105453** **Atlanta, GA 30348-5453** | | J | | | | | Unknown |
| Account No. xxxx-xxxx-xxxx-5837 | | | Business Debt | | | | |
| **Wells Fargo** **Payment Remittance Center** **P.O. Box 6426** **Carol Stream, IL 60197-6426** | X | H | | | | | 4,198.00 |

Sheet no. __72__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,508.75

In re **Gary Michael Pike, Sr.,**
      **Rhonda Lynn Pike**

Case No. _____

_____ ,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0896**<br><br>**Wells Fargo**<br>**Payment Remittance CEnter**<br>**P.O. Box 6426**<br>**Carol Stream, IL 60197-6426** | X | H | **Business Debt** | | | | 25,000.00 |
| Account No.<br><br>**Wells Fargo**<br>**PO Box 6995**<br>**Portland, OR 97228-6995** | X | J | **Business account debt** | | | | 479.53 |
| Account No. **xxxx0191**<br><br>**Wells Fargo Equipment**<br>**1540 West Fountainhead Pkwy**<br>**Tempe, AZ 85282** | X | J | **Business Debt - Caterpillar Compact Wheel Loader** | | | | Unknown |
| Account No. **xxxx5663**<br><br>**Wells Fargo Equipment**<br>**1540 West Fountainhead Pkwy**<br>**Tempe, AZ 85282** | X | J | **Business Debt - Caterpillar Skidsteer Loader** | | | | Unknown |
| Account No.<br><br>**Wenke Greenhouses**<br>**2525 North 30th Street**<br>**Kalamazoo, MI 49048** | | J | **Business Debt - Gary's Garden Center** | | | | 500.00 |

Sheet no. __73__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        25,979.53

In re    **Gary Michael Pike, Sr.,**                     Case No. _____
         **Rhonda Lynn Pike**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**West Trucking, Inc.**<br>**610 Paint Rock Rd**<br>**Kingston, TN 37763** | | J | Business Debt - Gary's Garden Center | | | | 2,180.21 |
| Account No. <br><br>**Westbrook Floral Meyer Imports**<br>**P.O. Box 99**<br>**Grimsby, Ontario, Canada**<br>**L3M 4G** | | J | Business Debt - Gary's Garden Center | | | | 1,123.64 |
| Account No. <br><br>**White Oak Farm**<br>**3856 Mount Paron Church Rd**<br>**Social Circle, GA 30025-3702** | X | J | Business Debt - Gary's Wholesale Nursery | | | | 9,530.00 |
| Account No. <br><br>**William R. McGinty, Jr.**<br>**1060 Spring Creek**<br>**Greensboro, GA 30642** | | J | Loan | | | | 10,000.00 |
| Account No. <br><br>**Willie Buddy Huntley III**<br>**Holston and huntley LLC**<br>**4612 Sargent Rd NE**<br>**Washington, DC 20017** | X | J | re Big Creek Nursery litigation | | | | 0.00 |

Sheet no. __74__ of __77__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **22,833.85**

In re  **Gary Michael Pike, Sr.,**
      **Rhonda Lynn Pike**

Case No. _____

_____ ,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Wilsons Boxwoods P.O. Box 1271 Burnsville, NC 28714 | X | J | | | | | 9,500.00 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| Windmill Nurseries P.O. Box 400 Folsom, LA 70437 | | J | | | | | 14,036.95 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Windmill Nursery 12398 Hwy 25 Franklinton, LA 70438 | X | J | | | | | 18,000.00 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Woodburn Nursery 13009 McKee School Rd NE Woodburn, OR 97071 | X | J | | | | | 20,847.43 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| Woodburn Nursery 13009 McKee School Rd NE Woodburn, OR 97071 | | J | | | | | 7,000.00 |

Sheet no. __75__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

69,384.38

In re **Gary Michael Pike, Sr.,**                             Case No. _____
       **Rhonda Lynn Pike**

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Woodland Nurseries 5287 New Kings Rd Jacksonville, FL 32209 | X | J | | | | | 9,260.00 |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| Wright Express P.O. Box 6293 Carol Stream, IL 60197-6293 | X | J | | | | | 3,033.70 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Wright Express P.O. Box 6293 Carol Stream, IL 60197-6293 | | J | | | | | 14,656.13 |
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| Yancey Bros. Co. Drawer CS 198757 Atlanta, GA 30384-8757 | X | J | | | | | Unknown |
| Account No. | | | Business Debt - Gary's Garden Center | | | | |
| Zelenka Nurseries Dept 2483 Tulsa, OK 74182 | X | J | | | | | 16,471.92 |

Sheet no. __76__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal                  **43,421.75**
(Total of this page)

In re   **Gary Michael Pike, Sr.,**
      **Rhonda Lynn Pike**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt - Gary's Wholesale Nursery | | | | |
| **Zelenka Nurseries** **Dept 2483** **Tulsa, OK 74182** | X | J | | | | | 1,916.53 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __77__ of __77__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 1,916.53 |
| Total (Report on Summary of Schedules) | | 10,757,324.65 |

In re    **Gary Michael Pike, Sr.,**                                     Case No. _____

               **Rhonda Lynn Pike**

_____ ,
                                     Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ackerman Security Systems**<br>**7585-C Pince de Leon Circle**<br>**Atlanta, GA 30340** | **Lease for security system** |
| **AFC Communications**<br>**5910 Shiloh Rd E Ste 117**<br>**Alpharetta, GA 30005** | **Telephone equipment contract** |
| **Caterpiller Financial Services**<br>**P.O. Box 730681**<br>**Dallas, TX 75373-0681** | **Skid Steer - Contract No. XXX-XXX8931** |
| **Cbeyond**<br>**P.O. Box 406815**<br>**Atlanta, GA 30384-6815** | **Telephone contract** |
| **GE Capital**<br>**PO Box 802585**<br>**Chicago, IL 60680-2585** | **BobCat Skid Loader** |
| **Georgia Dome**<br>**Accounting Dept**<br>**285 Andrew Young International**<br>**Atlanta, GA 30313** | **Contract for season tickets** |
| **Hardin Brothers LLC**<br>**1121 Alderman Dr**<br>**Suite 101**<br>**Alpharetta, GA 30005** | **Groud Lease 755 Union Hill Road** |
| **Lake Oconee Security Systems**<br>**1020 Park Avenue**<br>**Suite 103**<br>**Greensboro, GA 30642** | **Security systems lease** |
| **Linger Longer Development Co**<br>**d/b/a Reynolds Plantation**<br>**PO Box 405076**<br>**Atlanta, GA 30384-5076** | **Golf Membership and Association Member Expenses and other miscellaneous services** |
| **Penske Truck Leasing**<br>**P.O. Box 532658**<br>**Atlanta, GA 30353** | **Truck leasing** |

**2**

\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Gary Michael Pike, Sr.,**                                        Case No. _____
         **Rhonda Lynn Pike**
_____,
                            Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Pike Nurseries Acquisition LLC**<br>**2200 E. Route 66**<br>**Suite 200**<br>**Glendora, CA 91740** | **Sublease - 6100B Lawrenceville Hwy, Tucker GA** |
| **Pike Nurseries Acquisition LLC**<br>**2200 E Route 66 Ste 200**<br>**Glendora, CA 91740** | **Sublease - 625 N Greenbriar Pkwy, Marietta** |
| **Pitney Bowes Global - A/Lease**<br>**P.O. Box 856460**<br>**Louisville, KY 40285-6460** | **Postage Machine lease** |
| **Pitney Bowes Global - C/Lease**<br>**P.O. Box 856460**<br>**Louisville, KY 40285-6460** | **Postage Machine lease** |
| **Pitney Bowes Global - M/Lease**<br>**P.O. Box 856460**<br>**Louisville, KY 40285-6460** | **Postage Machine lease** |
| **Pitney Bowes Global - T/Lease**<br>**P.O. Box 856460**<br>**Louisville, KY 40285-6460** | **Postage Machine lease** |
| **Recall Secure Destruction Serv**<br>**15311 Collection Center Drive**<br>**Chicago, IL 60693-0100** | **Shredding service lease** |
| **Reynolds American Properties**<br>**100 Linger Longer Road**<br>**Greensboro, GA 30642** | **Land lease** |
| **Ryder Transportation**<br>**P.O. Box 402366**<br>**Atlanta, GA 30384-2366** | **Truck lease** |
| **Sutton & Locandro**<br>**Enterprises LLC**<br>**80 Lacy Street**<br>**Marietta, GA 30060** | **Corp Office Lease - 1041C Founders Row** |
| **Verizon Wireless**<br>**P.O. Box 660108**<br>**Dallas, TX 75266-0108** | **Phone services contract for Gary's Garden Center (not for phone services contract under Debtors' personal Verizon account)** |
| **Ward's Place**<br>**Reynolds Plantation OwnersAssn**<br>**P.O. Box 628207**<br>**Orlando, FL 32862-8207** | **Lease for yard service** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Gary Michael Pike, Sr.,**
      **Rhonda Lynn Pike**

Case No. _____

_____ ,

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Waste Management**<br>**P.O. Box 105453**<br>**Atlanta, GA 30348-5453** | **Trash service lease** |
| **Waste Management - Marietta**<br>**P.O. Box 105453**<br>**Atlanta, GA 30348-5453** | **Trash services lease** |
| **Waste Management - Tucker**<br>**P.O. Box 105453**<br>**Atlanta, GA 30348-5453** | **Trash services lease** |
| **Yancey Bros. Co.**<br>**Drawer CS 198757**<br>**Atlanta, GA 30384-8757** | **Equipment leases** |

Sheet  **2**  of  **2**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Gary Michael Pike, Sr.,**                                                 Case No. _____

                **Rhonda Lynn Pike**

_____,
Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary Pike's Lake Oconee Garden Center Inc. 1041-C Founders Row Greensboro, GA 30642** | **Ron Mercer 2114 Highlands Club Dr Conyers, GA 30013** |
| **Gary Pike's Lake Oconee Garden Center Inc. 1041-C Founders Row Greensboro, GA 30642** | **Capital One P.O. Box 71083 Charlotte, NC 28272-1083** |
| **Gary Pike's Lake Oconee Garden Center Inc. 1041-C Founders Row Greensboro, GA 30642** | **J. David Stuart Esq. Stuart & Johnson LLC 1755 The Exchange Suite 130 Atlanta, GA 30339** |
| **Gary Pike's Lake Oconee Garden Center Inc. 1041-C Founders Row Greensboro, GA 30642** | **C. Wilson Dubose Esq. 285 North Main Street P.O. Box 192 Eatonton, GA 31024** |
| **Gary Pike's Lake Oconee Garden Center Inc. 1041-C Founders Row Greensboro, GA 30642** | **W. Austin Jowers Esq King & Spalding LLP 1180 Peachtree Street Atlanta, GA 30309** |
| **Gary Pike's Lake Oconee Garden Center Inc. 1041-C Founders Row Greensboro, GA 30642** | **Hays & Potter, PC 3310 Henderson Mill Rd Ste 203 Atlanta, GA 30341** |
| **Gary Pike's Lake Oconee Garden Center Inc. 1041-C Founders Row Greensboro, GA 30642** | **A&N Sod Supply Inc P.O. Box 6186 Marietta, GA 30064-0186** |
| **Gary Pike's Lake Oconee Garden Center Inc. 1041-C Founders Row Greensboro, GA 30642** | **AJ & Greg Trucking 310 Fiveash Road Lyons, GA 30436** |
| **Gary Pike's Lake Oconee Garden Center Inc. 1041-C Founders Row Greensboro, GA 30642** | **RBC Bank P.O. Box 1220 Rocky Mount, NC 27802** |

**20**
_____ continuation sheets attached to Schedule of Codebtors

In re     **Gary Michael Pike, Sr.,**                                    Case No. _____
          **Rhonda Lynn Pike**
_____ ,
                                                    Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary Pike's Lake Oconee Garden Center Inc.** 1041-C Founders Row Greensboro, GA 30642 | **GE Capital** PO Box 802585 Chicago, IL 60680-2585 |
| **Gary Pike's Lake Oconee Garden Center Inc.** 1041-C Founders Row Greensboro, GA 30642 | **Advanced Disposal Services** 131 Britt Waters Rd Milledgeville, GA 31061 |
| **Gary Pike's Lake Oconee Garden Center Inc.** 1041-C Founders Row Greensboro, GA 30642 | **American Farms** P.O. Box 850001 Orlando, FL 32885-0363 |
| **Gary Pike's Lake Oconee Garden Center Inc.** 1041-C Founders Row Greensboro, GA 30642 | **Archipelago** 1834 East 22nd St Los Angeles, CA 90058 |
| **Gary Pike's Lake Oconee Garden Center Inc.** 1041-C Founders Row Greensboro, GA 30642 | **AT&T** P.O. Box 105262 Atlanta, GA 30348 |
| **Gary Pike's Lake Oconee Garden Center Inc.** 1041-C Founders Row Greensboro, GA 30642 | **Athens Banner-Herald** 1 Press Place Athens, GA 30601 |
| **Gary Pike's Lake Oconee Garden Center Inc.** 1041-C Founders Row Greensboro, GA 30642 | **Avery Trucking** P.O. Box 690 Dahlonega, GA 30533 |
| **Gary Pike's Lake Oconee Garden Center Inc.** 1041-C Founders Row Greensboro, GA 30642 | **Big Creek Nursery** 12451 Moffett Rd Wilmer, AL 36587 |
| **Gary Pike's Lake Oconee Garden Center Inc.** 1041-C Founders Row Greensboro, GA 30642 | **Blue Diamond Corrugated** P.O. Box 534646 Atlanta, GA 30353-4646 |
| **Gary Pike's Lake Oconee Garden Center Inc.** 1041-C Founders Row Greensboro, GA 30642 | **Border Concepts Inc.** P.O. Box 471185 Charlotte, NC 28247 |

Sheet __1__ of __20__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **Gary Michael Pike, Sr.,**                                           Case No. _____
         **Rhonda Lynn Pike**

_____ ,
                              Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary Pike's Lake Oconee**<br>**Garden Center Inc.**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **BWI-Greenville/Spartanburg**<br>**P.O. Box 1410**<br>**Greer, SC 29652-1410** |
| **Gary Pike's Lake Oconee**<br>**Garden Center Inc.**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Caffco International**<br>**P.O. Box 3508**<br>**Montgomery, AL 36109-1410** |
| **Gary Pike's Lake Oconee**<br>**Garden Center Inc.**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Garick LLC**<br>**13600 BROADWAY AVE STE 1**<br>**Cleveland, OH 44125** |
| **Gary Pike's Lake Oconee**<br>**Garden Center Inc.**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Decatur First Bank**<br>**1120 Commerce Dr.**<br>**Decatur, GA 30030** |
| **Gary Pike's Oconee**<br>**Garden Center LLC** | **Ron Mercer**<br>**2114 Highlands Club Dr**<br>**Conyers, GA 30013** |
| **Gary Pike's Oconee**<br>**Garden Center LLC** | **Willie Buddy Huntley III**<br>**Holston and huntley LLC**<br>**4612 Sargent Rd NE**<br>**Washington, DC 20017** |
| **Gary Pike's Oconee**<br>**Garden Center LLC** | **W. Austin Jowers Esq**<br>**King & Spalding LLP**<br>**1180 Peachtree Street**<br>**Atlanta, GA 30309** |
| **Gary Pike's Oconee**<br>**Garden Center LLC** | **Graham Floyd, Esquire**<br>**J Alexander Johnson PC**<br>**132 W. Parker Street**<br>**Baxley, GA 31513** |
| **Gary Pike's Oconee**<br>**Garden Center LLC** | **Decatur First Bank**<br>**1120 Commerce Dr.**<br>**Decatur, GA 30030** |
| **Gary's Garden Center** | **Wells Fargo**<br>**Payment Remittance Center**<br>**P.O. Box 6426**<br>**Carol Stream, IL 60197-6426** |
| **Gary's Garden Center** | **Graham Floyd, Esquire**<br>**J Alexander Johnson PC**<br>**132 W. Parker Street**<br>**Baxley, GA 31513** |

Sheet __2__ of __20__ continuation sheets attached to the Schedule of Codebtors

In re    **Gary Michael Pike, Sr.,**                                   Case No. _____
           **Rhonda Lynn Pike**

_____ ,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary's Garden Center** | **Law Office Smith & Associates**<br>**William D. Smith**<br>**4553 Winters Chapel Rd**<br>**Atlanta, GA 30360** |
| **Gary's Garden Center**<br>**1341 Linger Longer Rd**<br>**Greensboro, GA 30642-6605** | **Georgia Department of Revenue**<br>**Compliance Division**<br>**1800 Century Blvd, Ste 16102**<br>**Atlanta, GA 30345-3205** |
| **Gary's Garden Center** | **Citibank**<br>**c/o  Mann Bracken LLP**<br>**2727 Paces Ferry Road**<br>**Atlanta, GA 30339** |
| **Gary's Garden Center** | **Dock 103.9**<br>**1271 E. Broad Street**<br>**Greensboro, GA 30642** |
| **Gary's Garden Center**<br>**1341 Linger Longer Rd**<br>**Greensboro, GA 30642-6605** | **Christhomas Corp.**<br>**17528 Von Karman Avenue**<br>**Irvine, CA 92614** |
| **Gary's Garden Center**<br>**1341 Linger Longer Rd**<br>**Greensboro, GA 30642-6605** | **Corey Companies**<br>**225 Corey Center, Suite 1**<br>**Atlanta, GA 30312** |
| **Gary's Garden Center** | **Cowart Mulch Products**<br>**185 Peachtree Industrial Blvd**<br>**Buford, GA 30518** |
| **Gary's Garden Center** | **Donald L. Baker**<br>**1470 Redd Road**<br>**Alpharetta, GA 30004** |
| **Gary's Garden Center** | **Eco Blends**<br>**108 Lake Man Drive**<br>**Eatonton, GA 31024** |
| **Gary's Garden Center** | **Evergreen Enterprises, Inc.**<br>**5915 Midlothian Turnpike**<br>**Richmond, VA 23225** |
| **Gary's Garden Center** | **Fafard, Inc.**<br>**P.O. Box 281153**<br>**Atlanta, GA 30384** |
| **Gary's Garden Center** | **Ferry-Morse Seed Company**<br>**P.O. Box 1620**<br>**Fulton, KY 42041-0620** |

Sheet   **3**   of   **20**   continuation sheets attached to the Schedule of Codebtors

In re  **Gary Michael Pike, Sr.,**                                      Case No. _____
       **Rhonda Lynn Pike**
_____,
                                    Debtors
# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary's Garden Center** | **FFVA Mutual-W/C**<br>**P.O. Box 918292**<br>**Orlando, FL 32891-8292** |
| **Gary's Garden Center** | **Fitz and Floyd Enterprises**<br>**P.O. Box 823437**<br>**Philadelphia, PA 19182-3437** |
| **Gary's Garden Center** | **Flowerwood Loxley**<br>**P.O. Box 665**<br>**Loxley, AL 36551** |
| **Gary's Garden Center** | **Georgia Power Retail**<br>**96 Annex**<br>**Atlanta, GA 30396** |
| **Gary's Garden Center** | **Georgia Power Wholesale**<br>**96 Annex**<br>**Atlanta, GA 30396** |
| **Gary's Garden Center** | **Lake Oconee Village**<br>**Property Owners Assoc.**<br>**100 Linger Longer Road**<br>**Greensboro, GA 30642** |
| **Gary's Garden Center** | **Verizon Wireless**<br>**P.O. Box 660108**<br>**Dallas, TX 75266-0108** |
| **Gary's Nurseries** | **Air Tran**<br>**Business Card Services**<br>**P.O. Box 23066**<br>**Columbus, GA 31902-3066** |
| **Gary's Wholesale Nursery** | **Cobb County Tax Commissioner**<br>**736 Whitlock Ave Ste 100**<br>**Marietta, GA 30060** |
| **Gary's Wholesale Nursery** | **City of Marietta Tax Office**<br>**P.O. Box 609**<br>**Marietta, GA 30061** |
| **Gary's Wholesale Nursery** | **Gwinnett Co. Tax Commissioner**<br>**PO Box 372**<br>**Lawrenceville, GA 30046** |
| **Gary's Wholesale Nursery** | **Forsyth County Tax Comm**<br>**1092 Tribble Gap Rd**<br>**Cumming, GA 30040** |
| **Gary's Wholesale Nursery** | **Baker Environmental Nursery**<br>**949 Marshall Clark Rd**<br>**Hoschton, GA 30548** |

Sheet __4__ of __20__ continuation sheets attached to the Schedule of Codebtors

In re     **Gary Michael Pike, Sr.,**                                      Case No. _____

           **Rhonda Lynn Pike**

_____ ,

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary's Wholesale Nursery** | **Atlanta Stone Sales**<br>**6100-B Lawrenceville Hwy**<br>**Tucker, GA 30084** |
| **Gary's Wholesale Nursery** | **Bold Springs Nursery**<br>**1366 Columbus Hwy**<br>**Hawkinsville, GA 31036** |
| **Gary's Wholesale Nursery** | **Coweta Greenhouses**<br>**P.O. Box 1703**<br>**Newnan, GA 30264** |
| **Gary's Wholesale Nursery** | **Evergreen Nursery**<br>**1501 Dials Mill Rd**<br>**Statham, GA 30666** |
| **Gary's Wholesale Nursery** | **Fairdale Nursery**<br>**13200 SW Wilsonville Rd**<br>**Wilsonville, OR 97070** |
| **Gary's Wholesale Nursery** | **Fantastic Craft**<br>**162 57th Street**<br>**Brooklyn, NY 11220** |
| **Gary's Wholesale Nursery** | **First American Payment System**<br>**100 Throckmorton Street**<br>**Fort Worth, TX 76102** |
| **Gary's Wholesale Nursery** | **Robert M. Gragg & Sons**<br>**1641 Riverside Dr**<br>**Lenoir, NC 28645** |
| **Gary's Wholesale Nursery** | **TJ Stidham**<br>**2701 Airport Rd**<br>**Plant City, FL 33563** |
| **Gary's Wholesale Nursery** | **Sunbelt Greenhouses**<br>**200 Thompson Dr**<br>**Douglas, GA 31535** |
| **Gary's Wholesale Nursery** | **Zelenka Nurseries**<br>**Dept 2483**<br>**Tulsa, OK 74182** |
| **Pike Nurseries, Inc.** | **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** |

Sheet   __5__   of   __20__   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                       Best Case Bankruptcy

In re     **Gary Michael Pike, Sr.,**                                   Case No. _____

              **Rhonda Lynn Pike**

_____ ,

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Wells Fargo**<br>**Payment Remittance CEnter**<br>**P.O. Box 6426**<br>**Carol Stream, IL 60197-6426** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Franklin D. Hughes Jr Esq.**<br>**Hughes & Altman LLP**<br>**1842 Independence Square**<br>**Atlanta, GA 30338-5150** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **C. Wilson Dubose Esq.**<br>**285 North Main Street**<br>**P.O. Box 192**<br>**Eatonton, GA 31024** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **James Drogan Esq.**<br>**Law Office of James Dorgan Esq**<br>**338 Fairhope Ave Suite 210**<br>**Fairhope, AL 36532** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Bryan E. Bates Esq**<br>**McKenna Long & Aldridge LLP**<br>**303 Peachtree St Ste 5300**<br>**Atlanta, GA 30308** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **3 AM Growers**<br>**P.O. Box 780476**<br>**Tallassee, AL 36078** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **3 Rivers Nursery**<br>**468 SW Evergreen Court**<br>**Fort White, FL 32038** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **4 R's Transportation LLC**<br>**200 Countryline Court #2**<br>**Winter Garden, FL 34787** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Ackerman Security Systems**<br>**7585-C Pince de Leon Circle**<br>**Atlanta, GA 30340** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **AFC Communications**<br>**5910 Shiloh Rd E Ste 117**<br>**Alpharetta, GA 30005** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Alcovy Sign Professionals Inc**<br>**222 W Spring St**<br>**Monroe, GA 30655** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **American Farms**<br>**P.O. Box 850001**<br>**Orlando, FL 32885-0363** |

Sheet __6__ of __20__ continuation sheets attached to the Schedule of Codebtors

In re    **Gary Michael Pike, Sr.,**                                     Case No. _____
         **Rhonda Lynn Pike**

_____,
                                    Debtors
# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Ames True Temper Inc**<br>**P.O. Box 8491**<br>**Philadelphia, PA 19178-8491** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Apparel Manufacturing Co Inc**<br>**5405 Webb Parkway**<br>**Lilburn, GA 30047** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **AT&T**<br>**P.O. Box 105262**<br>**Atlanta, GA 30348-5262** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Avery Trucking**<br>**P.O. Box 690**<br>**Dahlonega, GA 30533** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Bayview Flowers**<br>**P.O. Box 2 Jordan Road**<br>**LOR 1SO**<br>**Jordan Station Ontario** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Bernecker's Nursery**<br>**16900 SW 216 Street**<br>**Miami, FL 33170** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Big Creek Nursery**<br>**12451 Moffett Rd**<br>**Wilmer, AL 36587** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Billingsley Wholesale Nursery**<br>**421 Taylors Chapel Rd**<br>**Rabun Gap, GA 30568** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Black Fox Farms**<br>**2724 Varneli Road**<br>**Cleveland, TN 37311** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Block USA**<br>**P.O. Box 2130**<br>**Lawrenceville, GA 30046** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Blue Diamond Corrugated**<br>**P.O. Box 537646**<br>**Atlanta, GA 30353-4646** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Blue Marlin Logistics**<br>**P.O. Box 418**<br>**Dawsonville, GA 30534** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Blue Ridge Boxwoods**<br>**P.O. Box 285**<br>**Warrensville, NC 28693** |

Sheet   **7**   of   **20**   continuation sheets attached to the Schedule of Codebtors

In re    **Gary Michael Pike, Sr.,**                                    Case No. _____
         **Rhonda Lynn Pike**
_____ ,
                                              Debtors
# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Buffalo Creek**<br>**1641 Riverside Dr.**<br>**Lenoir, NC 28645** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Butler Tire**<br>**106 Powers Ferry Rd**<br>**Marietta, GA 30067** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Cardinal Service**<br>**1508 Mancha Dr**<br>**Boulder City, NV 89005** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Carolina Nurseries**<br>**P.O. Box 601170**<br>**Charlotte, NC 28260-1170** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Cbeyond**<br>**P.O. Box 406815**<br>**Atlanta, GA 30384-6815** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Cherokee Manufacturing**<br>**501 E Richmond St South**<br>**South Saint Paul, MN 55075** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Cherry Lake Tree Farm**<br>**7386 Cherry Lake Road**<br>**Groveland, FL 34736** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Chrysal USA**<br>**3063 NW 107th Ave**<br>**Miami, FL 33172** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Cintas**<br>**1055 Progress Ind. Blvd**<br>**Lawrenceville, GA 30043** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Cleveland Tree Company**<br>**P.O. Box 1526**<br>**Fort Valley, GA 31030** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Coca Cola Enterprises**<br>**P.O. Box 403390**<br>**Atlanta, GA 30384-3390** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Costa Farms**<br>**Lockbox Dept AT 952970**<br>**Atlanta, GA 31192-2970** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Cowart Mulch Products**<br>**185 Peachtree Industrial Blvd**<br>**Buford, GA 30518** |

Sheet __8__ of __20__ continuation sheets attached to the Schedule of Codebtors

In re    **Gary Michael Pike, Sr.,**                                                   Case No. _____
         **Rhonda Lynn Pike**

_____ ,
                                              Debtors
# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Coweta Greenhouses**<br>**P.O. Box 1703**<br>**Newnan, GA 30264** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Custom Stone Handlers/CSH**<br>**P.O. Box 12105**<br>**Birmingham, AL 35202** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Deep Root**<br>**530 Washington St**<br>**San Francisco, CA 94111** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Deroose Plants**<br>**4601 N Rock Springs Rd**<br>**Apopka, FL 32712** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Evergreen Nursery**<br>**1501 Dials Mill Rd**<br>**Statham, GA 30666** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Ewing Irrigation Products**<br>**4080 Nine McFarland Drive**<br>**Alpharetta, GA 30004** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Fafard, Inc**<br>**1471 Amith Road**<br>**Anderson, SC 29621** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Fairdale Nursery**<br>**13200 SW Wilsonville Rd**<br>**Wilsonville, OR 97070** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Flowerwood Nursery**<br>**P.O. Box 665**<br>**Loxley, AL 36551** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Ford Credit**<br>**P.O. Box 105697**<br>**Atlanta, GA 30348-5697** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Forest Hill Nursery Farm**<br>**P.O. Box 302**<br>**Forest Hill, LA 71430** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Forsyth County Water**<br>**P.O. Box 100003**<br>**Cumming, GA 30028-8303** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Fraleigh Nursery**<br>**P.O. Box 262**<br>**Madison, FL 32341-0262** |

Sheet __9__ of __20__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

In re  **Gary Michael Pike, Sr.,**                                    Case No. _____
       **Rhonda Lynn Pike**
_____ ,
                                        Debtors
# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Gas South**<br>**PO Box 530552**<br>**Atlanta, GA 30353-0552** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Geneva County Tree Farm**<br>**P.O. Box 313**<br>**Samson, AL 36477** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Georgia Power**<br>**96 Annex**<br>**Atlanta, GA 30396** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Gracie Farms**<br>**182 Wood Road**<br>**Smithville, TN 37166** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Gragg Brothers Trucking**<br>**1641 Riverside Drive**<br>**Lenoir, NC 28645** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Gralan Farms**<br>**3600 Dixie Highway**<br>**Madison, GA 30650** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Green Leaf Nursery**<br>**19355 SW 304th St**<br>**Homestead, FL 33030** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Greencraft**<br>**651 James Rd**<br>**Alpharetta, GA 30004** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Greene Hill Nursery**<br>**5027 Hwy 147**<br>**Waverly, AL 36879** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Greenleaf Nursery**<br>**P.O. Box 849731**<br>**Dallas, TX 75284-9731** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Griffin Greenhouse Nursery Sup**<br>**5350 Ball Groun Hwy**<br>**Ball Ground, GA 30107** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Gro South**<br>**P.O. Box 349**<br>**Montgomery, AL 36101** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Gro Tec**<br>**P.O. Box 290**<br>**Madison, GA 30650** |

Sheet __10__ of __20__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

In re    **Gary Michael Pike, Sr.,**                                          Case No. _____
         **Rhonda Lynn Pike**

_____,
                                              Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Gwinnett County Water Resource**<br>**684 Winder Hwy**<br>**Lawrenceville, GA 30045** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Hackney Nursery**<br>**P.O. Box 160**<br>**Greensboro, FL 32330** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Halo Plants**<br>**P.O. Box 1285**<br>**Sorrento, FL 32776** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Hanck Nursery**<br>**15900 SW 258th St**<br>**Homestead, FL 33031** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Hardin Brothers, LLC**<br>**1121 Alderman Dr Ste 101**<br>**Alpharetta, GA 30005** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Helena Chemical Company**<br>**P.O. Box 198153**<br>**Atlanta, GA 30384-8153** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Horne Straw**<br>**1282 N GA 19 Route 2 Box 87**<br>**Glenwood, GA 30428** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Huttig Building Products**<br>**36 West Lenhardt Rd**<br>**Piedmont, SC 29673** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Ikthus Tree Farm**<br>**60 Meadowchase Way**<br>**Palmetto, GA 30268** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Instant Color Greenhouses**<br>**3955 Martin Road**<br>**Cumming, GA 30028** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Interstate Logistics Systems**<br>**P.O. Box 881774**<br>**San Francisco, CA 94188-1774** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Iseli Nursery**<br>**36518 Treasury Center**<br>**Chicago, IL 60694** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Island Tropical Foliage**<br>**17960 SW 232 St**<br>**Miami, FL 33170** |

Sheet __11__ of __20__ continuation sheets attached to the Schedule of Codebtors

In re    **Gary Michael Pike, Sr.,**                                          Case No. _____
         **Rhonda Lynn Pike**
_____,
                                              Debtors
# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **J&K Trucking Company**<br>**8203 Macedonia Chirch Rd**<br>**Vale, NC 28168** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **J&R Nursery**<br>**13262 US Hwy 92 East**<br>**Dover, FL 33527** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Jack's Creek Nursery**<br>**P.O. Box 192**<br>**Bostwick, GA 30623-0192** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Keel Nursery**<br>**2300 Hennessee Bridge Rd**<br>**Rock Island, TN 38581** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Keya Stone**<br>**1289 Boston Town Road**<br>**Dunlap, TN 37327** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **King's Sunset Nursery**<br>**875 Five Forks Rd**<br>**Liberty, SC 29657** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Klupengers Nursery**<br>**24075 Klupenger Rd NE**<br>**Aurora, OR 97002** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Kuenzi Turf & Nursery**<br>**6500 State St**<br>**Salem, OR 97317** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Lakeside Trees Inc.**<br>**1451 Norwood Springs Rd**<br>**Fort Valley, GA 31030** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Landscaper's Select Inc.**<br>**2826 Tanner Lake trail**<br>**Marietta, GA 30064** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Leo Gentry Nursery**<br>**P.O. Box 645**<br>**Gresham, OR 97030** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Load-Pro**<br>**P.O. Box 2587**<br>**Suwanee, GA 30024** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Love Farms and Nursery**<br>**3295 Old Smithville Road**<br>**Mc Minnville, TN 37110** |

Sheet __12__ of __20__ continuation sheets attached to the Schedule of Codebtors

In re    **Gary Michael Pike, Sr.,**                                      Case No. _____
         **Rhonda Lynn Pike**
_____ ,
                                        Debtors
# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Malta**<br>**2300 Henderson Mill Rd #227**<br>**Greensboro, GA 30642** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Margo State Line**<br>**P.O. Box 68**<br>**Folkston, GA 31537** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Marian Gardens Tree Farm**<br>**619 W State Road 50**<br>**Groveland, FL 34736** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Marietta Power Water**<br>**675 North Marietta Pkwy**<br>**Marietta, GA 30060-1528** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Martins Nursery**<br>**2700 Snow Road**<br>**Semmes, AL 36575** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **May Nursery**<br>**178 May nursery Rd**<br>**Havana, FL 32333** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Michaels Nursery**<br>**8325 State Road 7 (441)**<br>**Boynton Beach, FL 33472** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Mid Georgia Nursery**<br>**727 Rose Hill Road**<br>**Meansville, GA 30256** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Mobley Plant Farm**<br>**1255 Ewing Chapel Road**<br>**Dacula, GA 30019** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Monrovia Growers**<br>**P.O. Box 406964**<br>**Atlanta, GA 30384-6964** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Moons Tree Farm**<br>**6327 Highway 20**<br>**Loganville, GA 30052** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **MossMan**<br>**1811 Englewood Rd #274**<br>**Englewood, FL 34223-1822** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Mountain Valley Farms**<br>**6976 Frix Rd**<br>**Cumming, GA 30028** |

Sheet __13__ of __20__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **Gary Michael Pike, Sr.,**                                          Case No. _____
          **Rhonda Lynn Pike**
_____,
                                    Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Nature's Tree Farm**<br>**2155 Strickland Town Rd**<br>**Luthersville, GA 30251** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **NDS**<br>**851 N Harvard Ave**<br>**Lindsay, CA 93247** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Office Depot**<br>**P.O. Box 633211**<br>**Cincinnati, OH 45263-3211** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Pennington Seed/Central Garden**<br>**P.O. Box 277743**<br>**Atlanta, GA 30384** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Penske Truck Leasing**<br>**P.O. Box 532658**<br>**Atlanta, GA 30353** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Pike Nurseries**<br>**2200 E Route 66 Ste 200**<br>**Glendora, CA 91740** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Pike Nurseries Acquisition**<br>**2200 E Route 66 Ste 200**<br>**Glendora, CA 91740** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Pinery Tree Farms**<br>**5800 E McBean Road**<br>**Somis, CA 93066** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Pitney Bowes Global - A/Lease**<br>**P.O. Box 856460**<br>**Louisville, KY 40285-6460** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Pitney Bowes Postage by Phone**<br>**P.O. Box 856042**<br>**Louisville, KY 40285-6042** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Plant Health Care**<br>**P.O. Box 644570**<br>**Pittsburgh, PA 15264-4570** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Pro-Tec Fire & Safety**<br>**P.O. Box 181**<br>**Jersey, GA 30018** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Putnals Premium Pine Straw**<br>**4987 E US Hwy 27**<br>**Mayo, FL 32066** |

Sheet __14__ of __20__ continuation sheets attached to the Schedule of Codebtors

In re    **Gary Michael Pike, Sr.,**                                    Case No. _____
         **Rhonda Lynn Pike**

_____,
                            Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Quail Hollow Nurseries**<br>**3410 Bailey Rd**<br>**Dacula, GA 30019** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Quench USA Inc**<br>**P.O. Box 8500-53203**<br>**Philadelphia, PA 19178-3203** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **R&D Sleeves**<br>**P.O. Box 460**<br>**Plymouth, FL 32768** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Rainbow Orchids**<br>**1470 Redd Rd**<br>**Alpharetta, GA 30004** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Razbuton**<br>**P.O. Box 783006**<br>**Winter Garden, FL 34778** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Reliable First Aid Service**<br>**P.O. Box 2602**<br>**Suwanee, GA 30024** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Riverbend Nursery**<br>**1295 Mt Elbert Rd NW**<br>**Riner, VA 24149** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Robert M. Gragg & Sons**<br>**1641 Riverside Dr**<br>**Lenoir, NC 28645** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Rose of Sharon**<br>**18470 SW 206th St**<br>**Miami, FL 33187** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **RVH Transport Inc**<br>**P.O. Box 763**<br>**Spruce Pine, NC 28777** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Safe-T Sales and Service**<br>**P.O. Box 599**<br>**Dacula, GA 30019** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Sandy Creek Farms, LLC**<br>**1230 Wilburn Rd**<br>**Winder, GA 30680** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Saul Nurseries**<br>**1115 Curry Dr.**<br>**Atlanta, GA 30319** |

Sheet __15__ of __20__ continuation sheets attached to the Schedule of Codebtors

In re    **Gary Michael Pike, Sr.,**                                    Case No. _____
         **Rhonda Lynn Pike**

_____ ,
                                                Debtors
# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **SD Walker Nursery Farm**<br>**13262 US Hwy 92 East**<br>**Dover, FL 33527** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Senoia Tree Farm**<br>**1531 Hwy 341 South**<br>**Barnesville, GA 30204** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Sharp Top Trees**<br>**102 Aubrey Rd**<br>**White, GA 30184** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Sikes Fleet Services**<br>**75 Remittance Dr Ste 1249**<br>**Chicago, IL 60675-1249** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Silver Vase**<br>**26001 SW 217 Avenue**<br>**Homestead, FL 33031** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Smith Garden Products**<br>**LBX #774122**<br>**4122 Solutions Center**<br>**Chicago, IL 60677-4001** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Sobella Farms**<br>**P.O. Box 1138**<br>**Boring, OR 97009** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Soft Intelligence**<br>**11660 Alpharetta Hwy Ste 355**<br>**Roswell, GA 30076** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Southeastern Growers**<br>**P.O. Box 280**<br>**Farmington, GA 30638-0280** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Sprint -7581**<br>**P.O. Box 4181**<br>**Carol Stream, IL 60197-4181** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Stokley Nursery**<br>**4801 McCrary Rd**<br>**Semmes, AL 36575** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Stone Forest Materials, LLC**<br>**2501 S Main St**<br>**Kennesaw, GA 30144** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Sugar Hill Nurseries, LLC**<br>**2122 Hwy 341 S**<br>**Yatesville, GA 31097** |

Sheet __16__ of __20__ continuation sheets attached to the Schedule of Codebtors

In re    **Gary Michael Pike, Sr.,**                                          Case No. _____
         **Rhonda Lynn Pike**
_____,
                                    Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Summit - W/C**<br>**P.O. Box 32034**<br>**Lakeland, FL 33802** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Sunbelt Greenhouses**<br>**200 Thompson Dr**<br>**Douglas, GA 31535** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Sunshine Foliage World**<br>**P.O. Box 238**<br>**Zolfo Springs, FL 33890** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Superior Trees**<br>**P.O. Box 9400**<br>**Lee, FL 32059** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Sutton and Locandro Enterprise**<br>**80 Lacy St**<br>**Marietta, GA 30060** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **T&T Nurseries**<br>**P.O. Box 25**<br>**Semmes, AL 36575** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Tennessee Stone Harvesting**<br>**813 Wattenbarger Rd**<br>**Crossville, TN 38571** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **The Jungle Nursery**<br>**6065 SW 133 St**<br>**Miami, FL 33156** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **The Pinery**<br>**P.O. Box 668**<br>**Rancho Cucamonga, CA 91729** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Tidwell Nurseries**<br>**P.O. Box 999**<br>**Greenville, GA 30222** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Timberline Nursery**<br>**P.O. Box 248**<br>**Pavo, GA 31778** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **TJ Stidham**<br>**2701 Airport Rd**<br>**Plant City, FL 33563** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Top Flora**<br>**P.O. Box 1034**<br>**Archer, FL 32618** |

Sheet __17__ of __20__ continuation sheets attached to the Schedule of Codebtors

In re     **Gary Michael Pike, Sr.,**                         Case No. _____
               **Rhonda Lynn Pike**

_____ ,

Debtors

## SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Toyota Forklifts of Atlanta**<br>**P.O. Box 102883**<br>**Atlanta, GA 30368-2883** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Triangle Nursery**<br>**P.O. Box 681248**<br>**Houston, TX 77268** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Twin Oaks Nursery**<br>**P.O. Box 488**<br>**Wilmer, AL 36587** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Vargas Nursery**<br>**65 Willis Gunter Rd**<br>**Forest Hill, LA 71430** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Walker Stone Supply**<br>**161 Bowman Lane**<br>**Crab Orchard, TN 37723** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Waller Transport**<br>**244 Johnstonville Rd**<br>**P.O. Box 39**<br>**Barnesville, GA 30204** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Warren's Nursery**<br>**252 Jimmie Nelson Rd**<br>**Kingston, GA 30145** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Waste Management**<br>**P.O. Box 105453**<br>**Atlanta, GA 30348-5453** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Wells Fargo Equipment**<br>**1540 West Fountahead Pkwy**<br>**Tempe, AZ 85282** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **White Oak Farm**<br>**3856 Mount Paron Church Rd**<br>**Social Circle, GA 30025-3702** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Wilsons Boxwoods**<br>**P.O. Box 1271**<br>**Burnsville, NC 28714** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Windmill Nursery**<br>**12398 Hwy 25**<br>**Franklinton, LA 70438** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Woodburn Nursery**<br>**13009 McKee School Rd NE**<br>**Woodburn, OR 97071** |

Sheet __18__ of __20__ continuation sheets attached to the Schedule of Codebtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Woodland Nurseries**<br>**5287 New Kings Rd**<br>**Jacksonville, FL 32209** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Wright Express**<br>**P.O. Box 6293**<br>**Carol Stream, IL 60197-6293** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Yancey Bros. Co.**<br>**Drawer CS 198757**<br>**Atlanta, GA 30384-8757** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Zelenka Nurseries**<br>**Dept 2483**<br>**Tulsa, OK 74182** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Caterpiller Financial Services**<br>**P.O. Box 730681**<br>**Dallas, TX 75373-0681** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Georgia Department of Revenue**<br>**Compliance Division**<br>**1800 Century Blvd, Ste 16102**<br>**Atlanta, GA 30345-3205** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Georgia Department of Revenue**<br>**Compliance Division**<br>**1800 Century Blvd, Ste 16102**<br>**Atlanta, GA 30345-3205** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Georgia Department of Revenue**<br>**Compliance Division**<br>**1800 Century Blvd, Ste 16102**<br>**Atlanta, GA 30345-3205** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Wells Fargo Equipment**<br>**1540 West Fountahead Pkwy**<br>**Tempe, AZ 85282** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Ryder Transportation**<br>**P.O. Box 402366**<br>**Atlanta, GA 30384-2366** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Bridgefield Casualty Ins**<br>**c/o Michael Kaplan, Esq.**<br>**PO Box 471**<br>**Columbus, GA 31902-0471** |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Wells Fargo**<br>**PO Box 6995**<br>**Portland, OR 97228-6995** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **Gary Michael Pike, Sr.,**
         **Rhonda Lynn Pike**

Case No. _____

_____,
                                                        Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Premier Investment& Consulting**<br>**1041-C Founders Row**<br>**Greensboro, GA 30642** | **Georgia Power**<br>**96 Annex**<br>**Atlanta, GA 30396** |

Sheet __20__ of __20__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re     **Gary Michael Pike, Sr.**                                 Case No. _____

         **Rhonda Lynn Pike**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** | AGE(S): **20** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Unemployed** | **Unemployed** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **1,430.00** | $ **1,430.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **1,430.00** | $ **1,430.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **0.00** | $ **0.00** |
|     b. Insurance | $ **0.00** | $ **0.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **1,430.00** | $ **1,430.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): **Unemployment** | $ **330.00** | $ **330.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **330.00** | $ **330.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **1,760.00** | $ **1,760.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **3,520.00** | |

(Report also on Summary of Schedules and, if applicable, on<br>Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re  **Gary Michael Pike, Sr.**
     **Rhonda Lynn Pike**                                Case No. _____
                                Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,042.00 |
|   a. Are real estate taxes included?      Yes ____    No  **X** | | |
|   b. Is property insurance included?    Yes ____    No  **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 250.00 |
|              b. Water and sewer | $ | 80.00 |
|              c. Telephone | $ | 225.00 |
|              d. Other  **Cable/Internet** | $ | 123.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 300.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|              a. Homeowner's or renter's | $ | 175.00 |
|              b. Life | $ | 200.00 |
|              c. Health | $ | 1,100.00 |
|              d. Auto | $ | 370.00 |
|              e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify)   **Property Tax (Residence)** | $ | 315.91 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|              a. Auto | $ | 0.00 |
|              b. Other | $ | 0.00 |
|              c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 1,100.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|     Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,530.91 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 3,520.00 |
| b.  Average monthly expenses from Line 18 above | $ | 7,530.91 |
| c.  Monthly net income (a. minus b.) | $ | -4,010.91 |

# United States Bankruptcy Court
## Middle District of Georgia

In re    **Gary Michael Pike, Sr.**
          **Rhonda Lynn Pike**

                                      Debtor(s)

Case No.

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **118** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **April 5, 2011**                Signature    **/s/ Gary Michael Pike, Sr.**

                                                           **Gary Michael Pike, Sr.**
                                                           Debtor

Date    **April 5, 2011**                Signature    **/s/ Rhonda Lynn Pike**

                                                           **Rhonda Lynn Pike**
                                                           Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Georgia

In re   **Gary Michael Pike, Sr.**
       **Rhonda Lynn Pike**

Case No.

                                Debtor(s)

Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $69,230.00 | 2010: Husband Employment Income |
| $96,154.00 | 2009: Husband Employment Income |
| $51,923.00 | 2010: Wife Employment Income |
| $72,115.00 | 2009: Wife Employment Income |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $4,290.00 | 2011 YTD: Wife Unemployment Income |
| $4,290.00 | 2011 YTD: Husband Unemployment Income |
| $12,495.00 | 2010: Rental Income |
| $8.00 | 2010: Dividend Income |
| $5,865.00 | 2009: Rental Income |
| $13,568.00 | 2009: Dividends from Retirement Account |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Leo Gentry Wholesale Nursery Inc. v. Gary Pike's Lake Oconee Garden Center Inc. and Gary M. Pike as guarantor; Civil Action File No. 2011CV196024** | on Account | **Superior Court of Fulton County; State of Georgia** | **Pending** |
| **Dock 103.9/WDDK v. Gary's Garden Center and Gary Pike; Civil Action File No. 11-79CS** | on Account | **Magistrate Court of Greene County; State of Georgia** | **Pending** |
| **Pike Nurseries Acquisition LLC v. Premier Investments & Consulting Inc. and Mr. Gary M. Pike individually; Civil Action File No. 10-EV-011402J** | on Account | **State Court of Fulton County; State of Georgia** | **Pending** |
| **McIntosh State Bank v. Gary M. Pike and R. Lynn Pike; Civil Action File No. 10-CV-653** | on Account | **Superior Court of Greene County; State of Georgia** | **Pending; Judgment entered incorrectly in December 2010, judgment vacated by court order** |
| **Mobley Plant Farm, Inc. v. Gary M. Pike, Gary Pike's Lake Oconee Garden Center, Inc., Gary Pike's Oconee Garden Center, LLC, Gary's Garden Center Alpharetta, Gary's Garden Center Greensboro, Gary's Wholesale Marietta, Gary's Wholesale Tucker; Civil Action File No. 11CV1260-9** | on Account | **DeKalb County Superior Court; State of Georgia** | **Pending** |
| **Smith Communications, Inc. v. Gary M. Pike; Civil Action File No. 10-724CS** | on Account | **Greene County Magistrate Court; State of Georgia** | **Judgment** |
| **Carolina Nurseries, Inc. v. Premier Investments & Consulting, Inc. d/b/a Gary Pike's Garden Center Wholesale, Gary Pike's Lake Oconee Garden Center, Inc. d/b/a Gary Pike's Lake Oconee Garden Center a/k/a Gary's Garden Center and Gary Michael Pike a/k/a Gary M. Pike a/k/a Gary Pike a/k/a G.M. Pike; Civil Action File No. 2011CV195655** | on Account | **Fulton County Superior Court; State of Georgia** | **Pending** |
| **Regions Bank v. Gary M. Pike and Rhonda Lynn Pike a/k/a Rhonda Pike a/k/a Lynn Pike; Civil Action Vile No. 10-1-10015-99** | on Account | **Superior Court of Cobb County; State of Georgia** | **Pending** |
| **Corey Companies v. Gary Pike's Lake Oconee Garden Center Inc. and Gary Pike Individually; Civil Action File No. 2010-SV-2535** | on Account | **State Court of Rockdale County; State of Georgia** | **Pending** |
| **J&R Nursery, LLC v. Gary M. Pike, Premier Investments & Consulting Inc. b/d/a/ Gary's Wholesale Nursery, and Gary Pike's Lake Oconee Garden Center, Inc., d/b/a Gary's Garden Center; Civil Action File No. 10-CV-726** | on Account | **Superior Court of Greene County; State of Georgia** | **Pending** |
| **3 Rivers Nursery v. Premier Investments & Consulting d/b/a Gary's Nurseries and Gary Pike, Individually; Civil Action File No. 10-VS-183617** | on Account | **State Court of Fulton County, State of Georgia** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| S.D. Walker Nursery Farm, LLC v. Gary M. Pike and Premier Investments & Consulting Inc. d/b/a Gary's Wholesale Nursery; Civil Action File No. 10-CV-727 | on Account | Superior Court of Greene County; State of Georgia | Pending |
| Forest Hill Nursery Farm v. Gary Pike and R. Lynn Pike, Premier Investments Consulting, Inc. d/b/a Gary's Wholesale Nursery and Gary's Garden Center; Civil Action File No. 240996-G | on Account | Louisiana State Court, Ninth Judicial District Court, Parish of Rapides | Pending |
| Flowerwood Nursery, Inc. v. Premier Investments & Consulting Inc. d/b/a Gary's Wholesale Nursery and Gary Pike; Jointly, Separately, and Severally; Civil Action File No. CV-2010-901993 | on Account | Circuit Court of Baldwin County; State of Alabama | Pending |
| Nunez Pine Straw Inc v. Gary's Garden Center a/k/a Gary Pike's Oconee Garden Center LLC and Gary Michael Pike, Sr.; Civil Action File No. 10-473CS | on Account | Magistrate Court of Greene County; State of Georgia | Consent Judgment |
| Citibank (South Dakota) N.A. Civil Action No. 09-399GR | Garnishment | Magistrate Court of Greene County | Pending |
| Garick, LLC as Successor by Merger to the Garick Corporation v. Gary Pike's Lake Oconee Garden Center, Inc. and Gary M. Pike; Civil Action File No. 2011CV198264 | on Account | Superior Court of Fulton County; State of Georgia | Pending |
| Ikthus Tree Farm, LLC v. Gary Pike d/b/a Gary's Wholesale Nursery; Civil Action File No. 10-CV-517 | on Account | Greene County Superior Court; State of Georgia | Pending |
| CSH, Inc. v. Gary's Nurseries d/b/a Gary's Wholesale Nursery and Lynn Pike, individually; Civil Action File No. GSI-10-CV-2853 | on Account | Maury County Tennessee | Pending |
| Southeastern Growers Inc. v. Premier Investments & Consulting Inc. and Lynn Pike individually; Civil Action File No. 10CV753 | on Account | Superior Court of Greene County; State of Georgia | Pending |
| Paul Miller d/b/a Timberline Nursery v. Gary Pike; Civil Action File No. 11-CV-002 | on Account | Superior Court of Greene County; State of Georgia | Pending |
| Lakeside Trees v. Gary Pike d/b/a Gary's Wholesale Nursery | Suit on account | Magistrate Court of Greene County; CAFN: 10-459CS | Consent Judgment |
| Cleveland Trees Company v. Gary Pike d/b/a Gary's Garden | Suit on account | Magistrate Court of Greene County; CAFN: 10-457CS | Consent Judgment |
| Vargas Nursery v. Gary's Garden Center; Civil Action File No. 10-65005 | On Account | Magistrate Court of Greene County; State of Georgia | Pending |

Ryder

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Regions Bank**<br>**3050 Peachtree Road Ne**<br>**Suite 125**<br>**Atlanta, GA 30305** | **2010** | **Bank had lien secured by Premier Investments & Consulting, Inc. and took over business operations in October 2010 pursuant to its lien** |
| **Decatur First Bank**<br>**1120 Commerce Dr.**<br>**Decatur, GA 30030** | **2011** | **Bank had lien secured by Gary Pike's Garden Center, Inc. and took over business operations in February 2011 pursuant to its lien** |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Touching Lives Ministries** | | **11/1/2010** | **$1,000.00** |
| **Touching Lives Ministries** | | **4/27/2010** | **$1,000.00** |

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Auto Claim** | **$1,794** | **4/20/2010** |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jones & Walden, LLC**<br>**21 Eighth Street**<br>**Atlanta, GA 30309** | **4/1/11** | **$7400** |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Third Party** | **2/15/11** | **1987 Stratus-189V boat, trailer and motor; value received $3700.00** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wachovia/Wells Fargo** | **x2930 Checking** | **$0; 1/2011** |
| **Decatur First Bank** | **x1522** | **$100; 2/2011** |

**12. Safe deposit boxes**

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Bank South 6340 Lake Oconee Pkwy Greensboro, GA 30642** | **Gary and Lynn Pike** | **Wills; Health Care Directives; Stock certificates** | |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Gary Pike's Lake Oconee** | 20-4359707 | **Garden Center Inc. 1041-C Founders Row Greensboro, GA 30642** | **Lawn and garden products** | **2005-present** |
| **Premier Investements & Consulting, Inc.** | 06-1645754 | **1041-C Founders Row Greensboro, GA 30642** | **Consulting and management** | **2002-present** |
| **Gary Pike's Oconee Garden Center LLC** | 20-3509513 | **1041-C Founders Row Greensboro, GA 30642** | **Real Estate** | **2005-present** |
| **Cabbage Rose LLC** | 7801 | **2001 Gussies Knoll Greensboro, GA 30642** | **Crafts** | **Incorporated in 2009 but never active** |
| **Plants for All Occasions, Inc.** | 06-1645754 | **242 CULVER STREET, STE 200 Lawrenceville, GA 30045** | **Maintain indoor plants** | **2004-2007** |
| **Lake Oconee Sand & Gravel** | | | **Partnership; sold sand, gravel and landscape stone** | **2006-2007** |
| **GLP Enterprises, LLC** | | **2001 Gussies Knoll Greensboro, GA 30642** | **Real Estate** | **2/13/2009-present** |

None ☐    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **GLP Enterprises, LLC** | **2001 Gussies Knoll**<br>**Greensboro, GA 30642** |

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Richard Foisy**<br>**701 Bluff Road**<br>**Statham, GA 30666** | **2009-present** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Decatur First Bank**<br>**1120 Commerce Dr.**<br>**Decatur, GA 30030** | **9/2010** |
| **Regions Bank**<br>**2833 Main St**<br>**Atlanta, GA 30344** | **9/2010** |

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

# DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __April 5, 2011__          Signature  __/s/ Gary Michael Pike, Sr.__
                                            __Gary Michael Pike, Sr.__
                                            Debtor


Date __April 5, 2011__          Signature  __/s/ Rhonda Lynn Pike__
                                            __Rhonda Lynn Pike__
                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Georgia

In re   **Gary Michael Pike, Sr.**
      **Rhonda Lynn Pike**

                              Debtor(s)

Case No. _____

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| Creditor's Name:<br>**McIntosh State Bank** | Describe Property Securing Debt:<br>**Lot 15 Mag's Path**<br>**Eatonton, GA 31024** |
|---|---|

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt         ☐ Not claimed as exempt

---

Property No. 2

| Creditor's Name:<br>**McIntosh State Bank** | Describe Property Securing Debt:<br>**116 South Bay Dr. #802**<br>**Eatonton, GA 31024** |
|---|---|

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt         ☐ Not claimed as exempt

---

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>**McIntosh State Bank** | **Describe Property Securing Debt:**<br>**2001 Gussies Knoll, Greensboro GA 30642** |

Property will be (check one):
- ■ Surrendered              □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt              □ Not claimed as exempt

| Property No. 4 | |
| --- | --- |
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**2001 Gussies Knoll, Greensboro GA 30642** |

Property will be (check one):
- ■ Surrendered              □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt              □ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□  YES              □  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **April  5, 2011** _____          Signature  **/s/ Gary Michael Pike, Sr.** _____
                                                              **Gary Michael Pike, Sr.**
                                                              Debtor

Date  **April  5, 2011** _____          Signature  **/s/ Rhonda Lynn Pike** _____
                                                              **Rhonda Lynn Pike**
                                                              Joint Debtor

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

# United States Bankruptcy Court
## Middle District of Georgia

In re    **Gary Michael Pike, Sr.**
       **Rhonda Lynn Pike**                                    Case No. 

                                            Debtor(s)         Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

     I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Gary Michael Pike, Sr.**<br>**Rhonda Lynn Pike** | X   **/s/ Gary Michael Pike, Sr.**      **April 5, 2011** |
| Printed Name(s) of Debtor(s) | Signature of Debtor              Date |
| | |
| Case No. (if known) _____ | X   **/s/ Rhonda Lynn Pike**         **April 5, 2011** |
| | Signature of Joint Debtor (if any)     Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Middle District of Georgia

In re    **Gary Michael Pike, Sr.**
       **Rhonda Lynn Pike**                    Case No. _____

                                      Debtor(s)         Chapter     **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **April  5, 2011**                   **/s/ Gary Michael Pike, Sr.**
                                              **Gary Michael Pike, Sr.**
                                                Signature of Debtor

Date:    **April  5, 2011**                   **/s/ Rhonda Lynn Pike**
                                              **Rhonda Lynn Pike**
                                                Signature of Debtor

3 AM Growers
P.O. Box 780476
Tallassee, AL 36078

3 Rivers Nursery
468 SW Evergreen Court
Fort White, FL 32038

4 R's Transportation LLC
200 Countryline Court #2
Winter Garden, FL 34787

A&N Sod Supply Inc
P.O. Box 6186
Marietta, GA 30064-0186

Ackerman Security Systems
7585-C Pince de Leon Circle
Atlanta, GA 30340

Advanced Disposal Services
131 Britt Waters Rd
Milledgeville, GA 31061

AFC Communications
5910 Shiloh Rd E Ste 117
Alpharetta, GA 30005

Air Tran
Business Card Services
P.O. Box 23066
Columbus, GA 31902-3066

AJ & Greg Trucking
310 Fiveash Road
Lyons, GA 30436

Alcovy Sign Professionals Inc
222 W Spring St
Monroe, GA 30655

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Farms
P.O. Box 850001
Orlando, FL 32885-0363

Ames True Temper Inc
P.O. Box 8491
Philadelphia, PA 19178-8491

Apparel Manufacturing Co Inc
5405 Webb Parkway
Lilburn, GA 30047

Archipelago
1834 East 22nd St
Los Angeles, CA 90058

ASK Financial, LLP
Michael Hendrix
2600 Eagan Woods Dr Ste 400
Saint Paul, MN 55121

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

AT&T
P.O. Box 105262
Atlanta, GA 30348

Athens Banner-Herald
1 Press Place
Athens, GA 30601

Atlanta Stone Sales
6100-B Lawrenceville Hwy
Tucker, GA 30084

Avery Trucking
P.O. Box 690
Dahlonega, GA 30533

Baker Environmental Nursery
949 Marshall Clark Rd
Hoschton, GA 30548

Bayview Flowers
P.O. Box 2 Jordan Road
LOR 1SO
Jordan Station Ontario

Bernecker's Nursery
16900 SW 216 Street
Miami, FL 33170

Big Creek Nursery
12451 Moffett Rd
Wilmer, AL 36587

Billingsley Wholesale Nursery
421 Taylors Chapel Rd
Rabun Gap, GA 30568

```
Black Fox Farms
2724 Varneli Road
Cleveland, TN 37311

Block USA
P.O. Box 2130
Lawrenceville, GA 30046

Blue Diamond Corrugated
P.O. Box 537646
Atlanta, GA 30353-4646

Blue Diamond Corrugated
P.O. Box 534646
Atlanta, GA 30353-4646

Blue Marlin Logistics
P.O. Box 418
Dawsonville, GA 30534

Blue Ridge Boxwoods
P.O. Box 285
Warrensville, NC 28693

Bold Springs Nursery
1366 Columbus Hwy
Hawkinsville, GA 31036

Border Concepts Inc.
P.O. Box 471185
Charlotte, NC 28247

Bridgefield Casualty Ins
c/o Michael Kaplan, Esq.
PO Box 471
Columbus, GA 31902-0471

Bryan E. Bates Esq
McKenna Long & Aldridge LLP
303 Peachtree St Ste 5300
Atlanta, GA 30308

Buffalo Creek
1641 Riverside Dr.
Lenoir, NC 28645

Butler Tire
106 Powers Ferry Rd
Marietta, GA 30067

BWI-Greenville/Spartanburg
P.O. Box 1410
Greer, SC 29652-1410
```

C. Wilson Dubose Esq.
285 North Main Street
P.O. Box 192
Eatonton, GA 31024

Caffco International
P.O. Box 3508
Montgomery, AL 36109-1410

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Cardinal Service
1508 Mancha Dr
Boulder City, NV 89005

Carolina Nurseries
P.O. Box 601170
Charlotte, NC 28260-1170

Carruth Nurseries
4761 Bentley Road
Monroe, GA 30655

Caterpiller Financial Services
P.O. Box 730681
Dallas, TX 75373-0681

Cave Cove Stone, LLC
1289 South Walnut Avenue
Cookeville, TN 38501

Cbeyond
P.O. Box 406815
Atlanta, GA 30384-6815

Chappell Mill Trees, LLC
530 Chappell Mill Road
Milner, GA 30257

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Cherokee Manufacturing
501 E Richmond St South
South Saint Paul, MN 55075

Cherry Lake Tree Farm
7386 Cherry Lake Road
Groveland, FL 34736

Chris Burns
PO Box 144
Shady Dale, GA 31085

Christhomas Corp.
17528 Von Karman Avenue
Irvine, CA 92614

Chrysal USA
3063 NW 107th Ave
Miami, FL 33172

Cintas
1055 Progress Ind. Blvd
Lawrenceville, GA 30043

Cintas
P.O. Box 630803
Cincinnati, OH 45263

Cintas First Aid & Safety
1705 Corporate Drive
Suite 440
Norcross, GA 30093

Citibank
c/o Mann Bracken LLP
2727 Paces Ferry Road
Atlanta, GA 30339

City of Marietta Tax Office
P.O. Box 609
Marietta, GA 30061

Cleveland Tree Company
P.O. Box 1526
Fort Valley, GA 31030

Cobb County Tax Commissioner
736 Whitlock Ave Ste 100
Marietta, GA 30060

Coca Cola Enterprises
P.O. Box 403390
Atlanta, GA 30384-3390

Concord Garden Club
Box 237
Concord, GA 30206

Corey Companies
225 Corey Center, Suite 1
Atlanta, GA 30312

Costa Farms
Lockbox Dept AT 952970
Atlanta, GA 31192-2970

Cowart Mulch Products
185 Peachtree Industrial Blvd
Buford, GA 30518

Coweta Greenhouses
P.O. Box 1703
Newnan, GA 30264

Custom Stone Handlers/CSH
P.O. Box 12105
Birmingham, AL 35202

Daryl Benedict - Consignment
192 Arrowhead Trail
Eatonton, GA 31024

Decatur First Bank
1120 Commerce Dr.
Decatur, GA 30030

Deep Root
530 Washington St
San Francisco, CA 94111

Deroose Plants
4601 N Rock Springs Rd
Apopka, FL 32712

Dock 103.9
1271 E. Broad Street
Greensboro, GA 30642

Donald L. Baker
1470 Redd Road
Alpharetta, GA 30004

Eco Blends
108 Lake Man Drive
Eatonton, GA 31024

Evergreen Enterprises, Inc.
5915 Midlothian Turnpike
Richmond, VA 23225

Evergreen Nursery
1501 Dials Mill Rd
Statham, GA 30666

Ewing Irrigation Products
4080 Nine McFarland Drive
Alpharetta, GA 30004

Fafard, Inc
1471 Amith Road
Anderson, SC 29621

Fafard, Inc.
P.O. Box 281153
Atlanta, GA 30384

Fairdale Nursery
13200 SW Wilsonville Rd
Wilsonville, OR 97070

Fantastic Craft
162 57th Street
Brooklyn, NY 11220

Ferry-Morse Seed Company
P.O. Box 1620
Fulton, KY 42041-0620

FFVA Mutual-W/C
P.O. Box 918292
Orlando, FL 32891-8292

FIA Card Services
P.O. Box 851001
Dallas, TX 75285-1001

First American Payment System
100 Throckmorton Street
Fort Worth, TX 76102

Fitz and Floyd Enterprises
P.O. Box 823437
Philadelphia, PA 19182-3437

Flowerwood Loxley
P.O. Box 665
Loxley, AL 36551

Flowerwood Nursery
P.O. Box 665
Loxley, AL 36551

Ford Credit
P.O. Box 105697
Atlanta, GA 30348-5697

Forest Hill Nursery Farm
P.O. Box 302
Forest Hill, LA 71430

Forsyth County Tax Comm
1092 Tribble Gap Rd
Cumming, GA 30040

Forsyth County Water
P.O. Box 100003
Cumming, GA 30028-8303

Fraleigh Nursery
P.O. Box 262
Madison, FL 32341-0262

Francis N. Ford, Esquire
Adams & Ford, LLP
108 W. Marion Street
Eatonton, GA 31024

Franklin D. Hughes Jr Esq.
Hughes & Altman LLP
1842 Independence Square
Atlanta, GA 30338-5150

Gardenworld
P.O. Box 14124
Saint Paul, MN 55114

Garick LLC
13600 BROADWAY AVE STE 1
Cleveland, OH 44125

Gary Pike's Lake Oconee
Garden Center Inc.
1041-C Founders Row
Greensboro, GA 30642

Gary Pike's Oconee
Garden Center LLC

Gary's Garden Center


Gary's Garden Center
1341 Linger Longer Rd
Greensboro, GA 30642-6605

Gary's Nurseries


Gary's Wholesale Nursery


Gas South
PO Box 530552
Atlanta, GA 30353-0552

GE Capital
PO Box 802585
Chicago, IL 60680-2585

General Electric Capital Corp
P.O. Box 802585
Chicago, IL 62680-2585

Geneva County Tree Farm
P.O. Box 313
Samson, AL 36477

Georgia Department of Revenue
Compliance Division
1800 Century Blvd, Ste 16102
Atlanta, GA 30345-3205

Georgia Dome
Accounting Dept
285 Andrew Young International
Atlanta, GA 30313

Georgia Power
96 Annex
Atlanta, GA 30396

Georgia Power Retail
96 Annex
Atlanta, GA 30396

Georgia Power Wholesale
96 Annex
Atlanta, GA 30396

Geraldine Pike
1700 Chartwell Trace
Stone Mountain, GA 30083

Giftcraft Inc.
P.O. Box 1270
Grand Island, NY 14072

GMAC/Ally
P.O. Box 9001948
Louisville, KY 40290

GMAC/Sierra
P.O. Box 9001948
Louisville, KY 40290

Gollotte Trucking
6119 CAROL PLANTATION R
Theodore, AL 36582

Gracie Farms
182 Wood Road
Smithville, TN 37166

Gragg Brothers Trucking
1641 Riverside Drive
Lenoir, NC 28645

Graham Floyd, Esquire
J Alexander Johnson PC
132 W. Parker Street
Baxley, GA 31513

Gralan Farms
3600 Dixie Highway
Madison, GA 30650

Green Leaf Nursery
19355 SW 304th St
Homestead, FL 33030

Greencraft
651 James Rd
Alpharetta, GA 30004

Greene County Chamber of Comme
111 North Main Street
Greensboro, GA 30642

Greene County Tax Commissioner
1034 Silver Drive #101
Greensboro, GA 30642

Greene Hill Nursery
5027 Hwy 147
Waverly, AL 36879

Greenleaf Nursery
P.O. Box 849731
Dallas, TX 75284-9731

Greenleaf Nursery
262 FM 2674 Road
El Campo, TX 77437

Greensboro Tire
1010 Town Creek Blvd
Greensboro, GA 30642

Griffin Greenhouse Nursery Sup
5350 Ball Groun Hwy
Ball Ground, GA 30107

Gro South
P.O. Box 349
Montgomery, AL 36101

Gro Tec
P.O. Box 290
Madison, GA 30650

Gwinnett Co. Tax Commissioner
PO Box 372
Lawrenceville, GA 30046

Gwinnett County Water Resource
684 Winder Hwy
Lawrenceville, GA 30045

Hackney Nursery
P.O. Box 160
Greensboro, FL 32330

Hale and Hines Nursery
569 Hale Lane
Mc Minnville, TN 37110

Halo Plants
P.O. Box 1285
Sorrento, FL 32776

Hanck Nursery
15900 SW 258th St
Homestead, FL 33031

Hardin Brothers LLC
1121 Alderman Dr
Suite 101
Alpharetta, GA 30005

Hardin Brothers, LLC
1121 Alderman Dr Ste 101
Alpharetta, GA 30005

Hawk Mountain Tree Farm
667 Church Road
Boone, NC 28607

Hays & Potter, PC
3310 Henderson Mill Rd Ste 203
Atlanta, GA 30341

Helena Chemical Company
P.O. Box 198153
Atlanta, GA 30384-8153

Highlands Cove POA
705 Highlands Cove Dr. Box L
Highlands, NC 28741

Home Depot/Citibank
P.O. Box 9121
Des Moines, IA 50368

Horizon Growers of Georgia
1070 Flowers
Greensboro, GA 30642

Horne Straw
1282 N GA 19 Route 2 Box 87
Glenwood, GA 30428

Horne Straw Farm, Inc.
Route 2, Box 67
Glenwood, GA 30428

Huttig Building Products
36 West Lenhardt Rd
Piedmont, SC 29673

Ikthus Tree Farm
60 Meadowchase Way
Palmetto, GA 30268

Instant Color Greenhouses
3955 Martin Road
Cumming, GA 30028

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Logistics Systems
P.O. Box 881774
San Francisco, CA 94188-1774

Iseli Nursery
36518 Treasury Center
Chicago, IL 60694

Island Tropical Foliage
17960 SW 232 St
Miami, FL 33170

Ivan Schurter Farms
9985 Kaufman Road NE
Silverton, OR 97381

J&K Trucking Company
8203 Macedonia Chirch Rd
Vale, NC 28168

J&R Nursery
13262 US Hwy 92 East
Dover, FL 33527

J. David Stuart Esq.
Stuart & Johnson LLC
1755 The Exchange Suite 130
Atlanta, GA 30339

J. Frank Schmidt & Son Co.
9500 SE 327th Ave
Boring, OR 97009

Jack's Creek Nursery
P.O. Box 192
Bostwick, GA 30623-0192

James Drogan Esq.
Law Office of James Dorgan Esq
338 Fairhope Ave Suite 210
Fairhope, AL 36532

Jerbies Wood-n-Crete
355 S. Steel Bridge Road
Eatonton, GA 31024

Johnson-Higdon Nursery
4641 Fowlstown Road
Attapulgus, GA 39815

Jon's Nursery
24546 Nursery Way
Eustis, FL 32736

Keel Nursery
2300 Hennessee Bridge Rd
Rock Island, TN 38581

Keya Stone
1289 Boston Town Road
Dunlap, TN 37327

King's Sunset Nursery
875 Five Forks Rd
Liberty, SC 29657

Kinney Nursery
3740 Snow Road
Semmes, AL 36575

Klupengers Nursery
24075 Klupenger Rd NE
Aurora, OR 97002

Kuenzi Turf & Nursery
6500 State St
Salem, OR 97317

LadySlipper
7418 Hickory Flat Hwy
Woodstock, GA 30188

Lake Country Shopper
1511 Heidi Trail
Buckhead, GA 30625

Lake Oconee Builders Assoc.
1041 Village Park Drive
Suite 102
Greensboro, GA 30642

Lake Oconee Rentals
645 Old Phoenix Road
Eatonton, GA 31024

Lake Oconee Security Systems
1020 Park Avenue
Suite 103
Greensboro, GA 30642

Lake Oconee Tree Farm & Nurse
813 Lake Oconee Parkway
Eatonton, GA 31024

Lake Oconee Village
Property Owners Assoc.
100 Linger Longer Road
Greensboro, GA 30642

Lakeside Trees Inc.
1451 Norwood Springs Rd
Fort Valley, GA 31030

Landscaper's Select Inc.
2826 Tanner Lake trail
Marietta, GA 30064

Law Office Smith & Associates
William D. Smith
4553 Winters Chapel Rd
Atlanta, GA 30360

Leo Gentry Nursery
P.O. Box 645
Gresham, OR 97030

Leslie Moody
P.O. Box 24 High Shoals
High Shoals, GA 30645

Linger Longer Development Co
100 Linger Longer Rd
Greensboro, GA 30642

Linger Longer Development Co
d/b/a Reynolds Plantation
PO Box 405076
Atlanta, GA 30384-5076

Load-Pro
P.O. Box 2587
Suwanee, GA 30024

Love Farms and Nursery
3295 Old Smithville Road
Mc Minnville, TN 37110

M.J. Fitzgerald Nursery

Macon Bank
1239
Highlands, NC 28741-1239

Magnolia Lane
4455 Galen Cove
Birmingham, AL 35242

Malta
2300 Henderson Mill Rd #227
Greensboro, GA 30642

Margo State Line
P.O. Box 68
Folkston, GA 31537

Margo State Line
RTE 4 Box 630
Old Dixie Hwy 121
Folkston, GA 31537

Marian Gardens Tree Farm
619 W State Road 50
Groveland, FL 34736

Marietta Power Water
675 North Marietta Pkwy
Marietta, GA 30060-1528

Martin L. Fierman Esq.
100 N Marison Ave
P.O. Box 3730
Eatonton, GA 31024

Martins Nursery
2700 Snow Road
Semmes, AL 36575

Massarelli's
500 South Egg Harbor Road
Hammonton, NJ 08037

May Nursery
178 May nursery Rd
Havana, FL 32333

McIntosh State Bank
208 East Greene St
Monticello, GA 31064

Meadowcraft, Inc.
P.O. Box 798036
Saint Louis, MO 63179

Meyer Imports LTD
215 Frobisher Drive
Waterloo, Ontario
N2V 2G4

Michaels Nursery
8325 State Road 7 (441)
Boynton Beach, FL 33472

Mid Georgia Nursery
727 Rose Hill Road
Meansville, GA 30256

Mike Aldridge Trucking Inc.
166 Shawnee St
Newland, NC 28657

Mobley Plant Farm
1255 Ewing Chapel Road
Dacula, GA 30019

Monrovia Growers
P.O. Box 406964
Atlanta, GA 30384-6964

Monrovia Growers - Alpharetta
P.O. Box 406964
Atlanta, GA 30384-6964

Monrovia Growers - Marietta
P.O. Box 406964
Atlanta, GA 30384-6964

Monrovia Growers - Tucker
P.O. Box 406964
Atlanta, GA 30384-6964

Moons Tree Farm
6327 Highway 20
Loganville, GA 30052

Morgan County Citizens
P.O. Box 708
Madison, GA 30650

MossMan
1811 Englewood Rd #274
Englewood, FL 34223-1822

Mountain Valley Farms
6976 Frix Rd
Cumming, GA 30028

Nature's Tree Farm
2155 Strickland Town Rd
Luthersville, GA 30251

NDS
851 N Harvard Ave
Lindsay, CA 93247

Neptune Refreshments
P.O. Box 41
Watkinsville, GA 30677

North Georgia Turf
1487 Blackdirt Road
Whitesburg, GA 30185

Nunez Pinestraw
P.O. Box 1288
Baxley, GA 31513

Oconee Performing Arts Society
4980 C. Carey Station Road
Greensboro, GA 30642

Office Depot
P.O. Box 633211
Cincinnati, OH 45263-3211

Park Hill Collections, LLC
1400 East 28th Street
Little Rock, AR 72206

Pennington Seed/Central Garden
P.O. Box 277743
Atlanta, GA 30384

Penske Truck Leasing
P.O. Box 532658
Atlanta, GA 30353

Piedmont Water Company Retail
P.O. Box 105037
Atlanta, GA 30348

Piedmont Water Irrigation
P.O. Box 105037
Atlanta, GA 30348

Pike Nurseries
2200 E Route 66 Ste 200
Glendora, CA 91740

Pike Nurseries Acquisition
2200 E Route 66 Ste 200
Glendora, CA 91740

Pike Nurseries Acquisition LLC
2200 E. Route 66
Suite 200
Glendora, CA 91740

Pike Nurseries Acquisition LLC
2200 E Route 66 Ste 200
Glendora, CA 91740

Pike Nurseries, Inc.


Pine Hill Nursery
1101 Durden Road
Rutledge, GA 30663

Pinery Tree Farm
13701 Highland Valley Road
Escondido, CA 92025

Pinery Tree Farms
5800 E McBean Road
Somis, CA 93066

Pitney Bowes Global - A/Lease
P.O. Box 856460
Louisville, KY 40285-6460

Pitney Bowes Global - C/Lease
P.O. Box 856460
Louisville, KY 40285-6460

Pitney Bowes Global - M/Lease
P.O. Box 856460
Louisville, KY 40285-6460

Pitney Bowes Global - T/Lease
P.O. Box 856460
Louisville, KY 40285-6460

Pitney Bowes Postage by Phone
P.O. Box 856042
Louisville, KY 40285-6042

Plant Health Care
P.O. Box 644570
Pittsburgh, PA 15264-4570

Plantation Cablevision
P.O. Box 4494
Eatonton, GA 31024

Premier Investment& Consulting
1041-C Founders Row
Greensboro, GA 30642

Pro-Tec Fire & Safety
P.O. Box 181
Jersey, GA 30018

Putnals Premium Pine Straw
4987 E US Hwy 27
Mayo, FL 32066

Putnam County Tax Commissioner
100 S Jefferson Ave #207
Eatonton, GA 31024

Quail Hollow Nurseries
3410 Bailey Rd
Dacula, GA 30019

Quench USA Inc
P.O. Box 8500-53203
Philadelphia, PA 19178-3203

R&D Sleeves
P.O. Box 460
Plymouth, FL 32768

R&H Nursery, Inc.
34826 SE Carpenter Lane
Gresham, OR 97080

R. Michael Gailey Jr
The Gailey Law Firm
953 Harmony Rd Ste 101
Eatonton, GA 31024

R.A. Dudley Nurseries
PO Box 429
2417 Washington Road NW
Thomson, GA 30824

Rainbow Orchids
1470 Redd Rd
Alpharetta, GA 30004

Razbuton
P.O. Box 783006
Winter Garden, FL 34778

RBC Bank
P.O. Box 1220
Rocky Mount, NC 27802

Recall Secure Destruction Serv
15311 Collection Center Drive
Chicago, IL 60693-0100

Redeemer Episcopal Academy
680 Old Phoenix Road
Eatonton, GA 31024

Regions Bank
3050 Peachtree Road Ne
Suite 125
Atlanta, GA 30305

Reliable First Aid Service
P.O. Box 2602
Suwanee, GA 30024

Reynolds American Properties
100 Linger Longer Road
Greensboro, GA 30642

Riverbend Nursery
1295 Mt Elbert Rd NW
Riner, VA 24149

Robert M. Gragg & Sons
1641 Riverside Dr
Lenoir, NC 28645

Ron Mercer
2114 Highlands Club Dr
Conyers, GA 30013

Rose of Sharon
18470 SW 206th St
Miami, FL 33187

RVH Transport Inc
P.O. Box 763
Spruce Pine, NC 28777

Ryder Transportation
P.O. Box 402366
Atlanta, GA 30384-2366

S.D. Walker Nursery Farm
4553 Alex-Wellington Road
Wellington, AL 36279

Safe-T Sales and Service
P.O. Box 599
Dacula, GA 30019

Saint Joseph's East Georgia
1201 Siloam Road
Greensboro, GA 30642

Sammons / McMichael LLC
PO Box 3249
Eatonton, GA 31024

Sandy Creek Farms, LLC
1230 Wilburn Rd
Winder, GA 30680

Saparna, Inc.
36-13 36 Avenue
Astoria, NY 11106

Saul Nurseries
1115 Curry Dr.
Atlanta, GA 30319

SD Walker Nursery Farm
13262 US Hwy 92 East
Dover, FL 33527

Senoia Tree Farm
1531 Hwy 341 South
Barnesville, GA 30204

Sharp Top Trees
102 Aubrey Rd
White, GA 30184

Sikes Fleet Services
75 Remittance Dr Ste 1249
Chicago, IL 60675-1249

Silver Vase
26001 SW 217 Avenue
Homestead, FL 33031

Smith Communications
100 N Jefferson Avenue
Eatonton, GA 31024

Smith Garden Products
LBX #774122
4122 Solutions Center
Chicago, IL 60677-4001

Sobella Farms
P.O. Box 1138
Boring, OR 97009

Soft Intelligence
11660 Alpharetta Hwy Ste 355
Roswell, GA 30076

South Bay at Lake Oconee
Condo Assn
1585 Old Norcross Rd #101
Lawrenceville, GA 30046-4043

Southeastern Growers
P.O. Box 280
Farmington, GA 30638-0280

Sprint -7581
P.O. Box 4181
Carol Stream, IL 60197-4181

Stanley Access Tech
P.O. Box 0371595
Pittsburgh, PA 15251

Stokley Nursery
4801 McCrary Rd
Semmes, AL 36575

Stone Forest Materials, LLC
2501 S Main St
Kennesaw, GA 30144

Sugar Hill Nurseries, LLC
2122 Hwy 341 S
Yatesville, GA 31097

Summit - W/C
P.O. Box 32034
Lakeland, FL 33802

Sunbelt Greenhouses
200 Thompson Dr
Douglas, GA 31535

Sunshine Foliage World
P.O. Box 238
Zolfo Springs, FL 33890

Superior Trees
P.O. Box 9400
Lee, FL 32059

Sutton & Locandro
Enterprises LLC
80 Lacy Street
Marietta, GA 30060

Sutton and Locandro Enterprise
80 Lacy St
Marietta, GA 30060

T&T Nurseries
P.O. Box 25
Semmes, AL 36575

Tapestry Greenhouse & Nursery
1160 Crawford Road
Madison, GA 30650

Tennessee Stone Harvesting
813 Wattenbarger Rd
Crossville, TN 38571

The Augusta Chronicle
P.O. Box 1486
Augusta, GA 30903

The Berry Family of Nurseries
Burt & Associates
6700 Pinecrest Dr, #150
Plano, TX 75024

The Dock
1271-B East Broad Street
Greensboro, GA 30642

The Eatonton Messenger
P.O. Box 4027
Eatonton, GA 31024

The Herald Journal
P.O. Box 149
Greensboro, GA 30642

The Jungle Nursery
6065 SW 133 St
Miami, FL 33156

The Oconee Enterprise
P.O. Box 535
Watkinsville, GA 30677

The Oconee Leader
P.O. Box 967
Watkinsville, GA 30677

The Pinery
P.O. Box 668
Rancho Cucamonga, CA 91729

The Rockdale Citizen
P.O. Box 1286
Lawrenceville, GA 30046

The Union Recorder
165 Garrett Way
Milledgeville, GA 31061

Thomas F. Hollingsworth
Blasingame Burch Garrad Ashley
P.O. Box 832
Athens, GA 30603

Tidwell Nurseries
P.O. Box 999
Greenville, GA 30222

Timberline Nursery
P.O. Box 248
Pavo, GA 31778

TJ Stidham
2701 Airport Rd
Plant City, FL 33563

Top Flora
P.O. Box 1034
Archer, FL 32618

Toyota Forklifts of Atlanta
P.O. Box 102883
Atlanta, GA 30368-2883

Trade Associates Group
1730 West Wrightwood
IL 60414

Tree Town USA
P.O. Box 203471
Houston, TX 77216

Triangle Nursery
P.O. Box 681248
Houston, TX 77268

Troutman Sanders
PO Box 933652
Atlanta, GA 31193-3652

Turfgrass America
12060 NE Highway 70
Arcadia, FL 34266

Twin Oaks Nursery
P.O. Box 488
Wilmer, AL 36587

Two's Company
500 Saw Mill River Road
Elmsford, NY 10523

U-Line
2165 Northmont Pkwy
Duluth, GA 30096

Vargas Nursery
65 Willis Gunter Rd
Forest Hill, LA 71430

Veldsma and Sons Inc.
160 Andrew Drive
Suite 100
Stockbridge, GA 30281

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

Victory Nursery
2477 East River Road
Oakdale, LA 71463

Visa Black Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337

W. Austin Jowers Esq
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

Wadley Holdings, LLC
dba Meadowcraft
134 Clay Street
Wadley, AL 36276

Walker Stone Supply
161 Bowman Lane
Crab Orchard, TN 37723

Waller Transport
244 Johnstonville Rd
P.O. Box 39
Barnesville, GA 30204

Ward's Place
Reynolds Plantation OwnersAssn
P.O. Box 628207
Orlando, FL 32862-8207

Warren's Nursery
252 Jimmie Nelson Rd
Kingston, GA 30145

Waste Management
P.O. Box 105453
Atlanta, GA 30348-5453

Waste Management - Marietta
P.O. Box 105453
Atlanta, GA 30348-5453

Waste Management - Tucker
P.O. Box 105453
Atlanta, GA 30348-5453

Wells Fargo
Payment Remittance Center
P.O. Box 6426
Carol Stream, IL 60197-6426

Wells Fargo
PO Box 6995
Portland, OR 97228-6995

Wells Fargo Equipment
1540 West Fountahead Pkwy
Tempe, AZ 85282

Wells Fargo Home Mortgage
P.O. Box 660278
Dallas, TX 75266-0278

Wenke Greenhouses
2525 North 30th Street
Kalamazoo, MI 49048

West Trucking, Inc.
610 Paint Rock Rd
Kingston, TN 37763

Westbrook Floral Meyer Imports
P.O. Box 99
Grimsby, Ontario, Canada
L3M 4G

White Oak Farm
3856 Mount Paron Church Rd
Social Circle, GA 30025-3702

William R. McGinty, Jr.
1060 Spring Creek
Greensboro, GA 30642

Willie Buddy Huntley III
Holston and huntley LLC
4612 Sargent Rd NE
Washington, DC 20017

Wilsons Boxwoods
P.O. Box 1271
Burnsville, NC 28714

Windmill Nurseries
P.O. Box 400
Folsom, LA 70437

Windmill Nursery
12398 Hwy 25
Franklinton, LA 70438

Woodburn Nursery
13009 McKee School Rd NE
Woodburn, OR 97071

Woodland Nurseries
5287 New Kings Rd
Jacksonville, FL 32209

Wright Express
P.O. Box 6293
Carol Stream, IL 60197-6293

Yancey Bros. Co.
Drawer CS 198757
Atlanta, GA 30384-8757

Zelenka Nurseries
Dept 2483
Tulsa, OK 74182

| In re | **Gary Michael Pike, Sr.** |
|---|---|
| | **Rhonda Lynn Pike** |
| | Debtor(s) |
| Case Number: | |
| | (If known) |

According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**

☑ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

## Part I. MILITARY AND NON-CONSUMER DEBTORS

| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
|---|---|
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>  ☐ I remain on active duty /or/<br>  ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>  OR<br><br>b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>  ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A<br><br>Debtor's<br>Income | Column B<br><br>Spouse's<br>Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.  **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>| | Debtor | Spouse |<br>\|---\|---\|---\|<br>\| a. \| Gross receipts \| $ \| $ \|<br>\| b. \| Ordinary and necessary business expenses \| $ \| $ \|<br>\| c. \| Business income \| Subtract Line b from Line a \| \| | $ | $ |
| 5 | **Rents and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>| | Debtor | Spouse |<br>\|---\|---\|---\|<br>\| a. \| Gross receipts \| $ \| $ \|<br>\| b. \| Ordinary and necessary operating expenses \| $ \| $ \|<br>\| c. \| Rent and other real property income \| Subtract Line b from Line a \| \| | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed.  Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act　Debtor $　　　　Spouse $ | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount.  If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>| | Debtor | Spouse |<br>\|---\|---\|---\|<br>\| a. \| \| $ \| $ \|<br>\| b. \| \| $ \| $ \|<br><br>Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | $ | $ |

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| | a. Enter debtor's state of residence: _____    b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |

| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |

| Total and enter on Line 17 | $ |

| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
| 19B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are  under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Persons under 65 years of age | | Persons 65 years of age or older | |
| a1. | Allowance per person | | a2. | Allowance per person | |
| b1. | Number of persons | | b2. | Number of persons | |
| c1. | Subtotal | | c2. | Subtotal | |

| | | | | | | $ |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| | | |
|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

(20B) $

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br><br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

(23) $

| | | |
|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

(24) $

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |

| | | |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

<table>
<tr><td colspan="3" align="center"><b>Subpart B: Additional Living Expense Deductions</b><br><b>Note: Do not include any expenses that you have listed in Lines 19-32</b></td></tr>
</table>

| | | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> Total and enter on Line 34. **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
|---|---|---|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐yes ☐no |
| | | | Total: Add Lines | |

$

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines |

$

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

| a. | Projected average monthly Chapter 13 plan payment. | $ | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,025**\*. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $11,725\*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). | |
|---|---|---|
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

| | **Part VII. ADDITIONAL EXPENSE CLAIMS** | |
|---|---|---|

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

|  | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

| | **Part VIII. VERIFICATION** | |
|---|---|---|

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date: __April 5, 2011__          Signature: __/s/ Gary Michael Pike, Sr.__<br>                                               **Gary Michael Pike, Sr.**<br>                                                    *(Debtor)*<br><br>Date: __April 5, 2011__          Signature __/s/ Rhonda Lynn Pike__<br>                                               **Rhonda Lynn Pike**<br>                                                    *(Joint Debtor, if any)* |
|---|---|

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.